Barbara N. Barath (Cal. Bar No. 268146)
barbara.barath@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone:	(415) 439-1400
Facsimile:	(415) 439-1500

*Attorney for Defendant*
*LEICA MICROSYSTEMS INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN, a Michigan Constitutional Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEICA MICROSYSTEMS INC.<br><br>Defendant. | Case No. 5:19-cv-07470-LHK<br><br>**DEFENDANT LEICA MICROSYSTEMS INC. CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF INTERESTED ENTITIES OF PERSONS PURSUANT TO CIV. L.R. 3-15** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rules 3-15, Defendant Leica Microsystem Inc. ("Leica"), by and through its undersigned counsel, discloses that it is an indirect, wholly-owned subsidiary of Danaher Corporation. As of this date, other than the named parties and the parties listed above, there is no additional interest to report.

Dated:  November 26, 2019		KIRKLAND & ELLIS LLP

						By: */s/ Barbara N. Barath*
						       Barbara N. Barath

						*Attorney for Defendant*
						*LEICA MICROSYSTEMS INC.*