DAVID S. BLOCH (SBN 184530)
blochd@gtlaw.com
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, California 94111
Telephone: 415.655.1300
Facsimile: 415.520.5609

*Attorneys for Defendant
Leica Microsystems Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN,<br><br>    Plaintiff,<br><br>v.<br><br>LEICA MICROSYSTEMS INC.,<br><br>    Defendant. | Case No. 5:19-cv-007470-LHK-VKD<br><br>**DEFENDANT LEICA MICROSYSTEMS INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>Date: May 21, 2020<br>Time: 1:30 P.M.<br>Place: San Jose Courthouse,<br>         Courtroom 8 – 4th Floor,<br>         280 South 1st Street,<br>         San Jose, CA 95113 |

## REQUEST FOR JUDICIAL NOTICE

Defendant Leica Microsystems Inc. ("Leica") respectfully requests that the Court take judicial notice of the following documents, which are attached to the Declaration of Andrew Sommer as Exhibits B and C. This request is made pursuant to Federal Rule of Evidence 201 and the authorities cited below. This request is being made in connection with Leica's Motion to Dismiss the Complaint for Failure to State a Claim.

1. Exhibit B to the Declaration of Andrew R. Sommer is a true and correct copy of an Office Action mailed on February 1, 2007 and obtained from the prosecution history of U.S. Patent Application No. 11/355,387, which resulted in U.S. Patent No. 7,277,169, as retrieved from the United States Patent and Trademark Office's ("USPTO") Public Patent Application Information Retrieval ("PAIR") system.

2. Exhibit C to the Declaration of Andrew R. Sommer is a true and correct copy of a document titled "Amendment," dated April 27, 2007, obtained from the prosecution history of U.S. Patent Application No. 11/355,387 as retrieved from the USPTO's PAIR system.

## GROUNDS FOR JUDICIAL NOTICE

"On a motion to dismiss, [the court] may take judicial notice of matters of public record outside the pleadings." *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986). This includes the prosecution histories of United States patents. *See SEMICAPS Pte Ltd. v. Hamamatsu Corp.*, 393 F. Supp. 3d 802, 806 n.2 (N.D. Cal. 2019) ("The court takes judicial notice of the prosecution history pursuant to Federal Rule of Evidence 201(b)(2), as it is a public record that consists of the complete record of the proceedings before the PTO and includes the prior art cited during the examination of the patent.") (quotation omitted); *see also, e.g.*, *U.S. Rubber Recycling, Inc. v. ECORE Int'l*, No. CV 09-09516 SJO (OPx), 2011 WL 13043495, at *3 (C.D. Cal. Aug. 8, 2011) (taking judicial notice of prosecution history and materials therein because they were "documents that are not subject to reasonable dispute and that are capable of accurate and ready determination"). Federal Rule of Evidence 201(b)(2) provides in part that "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: . . . can accurately and readily be determined from sources whose accuracy cannot reasonably be questioned."

Exhibits B and C are judicially noticeable public records obtained from the USPTO's files associated with the patent-in-suit in this case. They are therefore matters of public record. Under Rule 201, the Court can take judicial notice of "public records and government documents available from reliable sources on the Internet," such as the USPTO's PAIR system. *L'Garde, Inc. v. Raytheon Space & Airborne Sys.*, 805 F. Supp. 2d 932, 937–38 (C.D. Cal. 2011) (holding that the accuracy of results of records searches from the Secretary of State for the State of California corporate search website subject to judicial notice) (internal quotations omitted); *Hansen Beverage Co. v. Innovation Ventures*, LLC, No. 08–CV–1166–IEG (POR), 2009 WL 6597891, *2 (S.D. Cal. Dec. 23, 2009). Because the Court may take judicial notice of public documents and the excerpts of the prosecution history are such documents, taking judicial notice of the statements in those documents is appropriate. *See, e.g.*, *SEMICAPS*, 393 F. Supp. 3d at 806 n.2.

DATED: January 15, 2020

**GREENBERG TRAURIG, LLP**

By: __/s/_____

David S. Bloch
blochd@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: 415.655.1300
Facsimile: 415.520.5609

*Attorney for Defendant Leica Microsystems Inc.*