UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEICA MICROSYSTEMS INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-07470-WHO<br><br>**TENTATIVE OPINIONS AND HEARING PROCEDURE** |

Tentative opinions on the *Markman* and motion to strike hearing set for on February 13, 2024, are listed below. Each side will have 30 minutes to argue and should prioritize their oral argument accordingly.

**Claim Construction**

"A fluorescence detection system." The Court agrees with Leica; the sample with a plurality of fluorophores is itself a limitation and must be present in the system. Not simply a capability claim.

"Exciting" and "Outputting." The Court will use the plain and ordinary meaning of the terms without any other construction. Both sides appear to be making infringement arguments that should be made on summary judgment or trial.

"Said supercontinuum white light pulse." The Court will use the plain and ordinary meaning of the terms without any other construction, but with the assistance of expert testimony at trial. Neither side actually attempts to define the disputed terms. Both sides appear to be making infringement arguments that should be made on summary judgment or trial.

**Motion to Strike**.

DENIED. If the Court adopts its tentative opinions, the challenged prosecution history

testimony of Knox is no longer relevant.  Knox may be deposed on a merits-basis in advance of summary judgment or trial.

Dated: February 12, 2024

William H. Orrick
United States District Judge