| | |
|---|---|
| Robert F. Kramer (SBN 181706)<br>rkramer@krameralberti.com<br>David Alberti (SBN 220265)<br>dalberti@krameralberti.com<br>Sal Lim (SBN 211836)<br>slim@krameralberti.com<br>Russell S. Tonkovich (SBN 233280)<br>rtonkovich@krameralberti.com<br>James P. Barabas (*pro hac vice*)<br>jbarabas@krameralberti.com<br>Aidan M. Brewster (SBN 319691)<br>abrewster@krameralberti.com<br>Curt Holbreich (SBN 168053)<br>cholbreich@krameralberti.com<br>Rick Chang (SBN 209515)<br>rchange@krameralberti.com<br>**KRAMER ALBERTI LIM**<br>**& TONKOVICH LLP**<br>577 Airport Blvd., Suite 250<br>Burlingame, CA 94010<br>Tel: 650.825.4300<br>Fax: 650.460.8443<br><br>*Attorneys for Plaintiff*<br>The Regents of the University of Michigan | Philip W. Marsh (SBN 276383)<br>philip.marsh@arnoldporter.com<br>Carson D. Anderson (SBN 317308)<br>carson.anderson@arnnoldporter.com<br>**ARNOLD & PORTER KAYE**<br>**SCHOLER LLP**<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, CA 94306-3807<br>Telephone: 650.319.4500<br>Facsimile: 650.319.4700<br><br>Matthew M. Wolf (*pro hac vice*)<br>matthew.wolf@arnoldporter.com<br>**ARNOLD & PORTER KAYE**<br>**SCHOLER LLP**<br>601 Massachusetts Ave. NW<br>Washington, DC 20001<br>Telephone: 202.942.5000<br>Facsimile: 202.942.5999<br><br>*Attorneys for Defendant*<br>Leica Microsystems, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN, a Michigan constitutional corporation,<br>    Plaintiff,<br><br>v.<br><br>LEICA MICROSYSTEMS INC.,<br>    Defendant. | Case No. 3:19-cv-07470-WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE**<br><br>Judge: Hon. William H. Orrick |

1

STIPULATION RE HEARING AND BRIEFING SCHEDULE - 3:19-CV-7470-WHO

1  Pursuant to Fed. R. Civ. P. 6(b) and L.R. 6-1(b), Plaintiff The Regents of the University
2  of Michigan ("UM") and Defendant Leica Microsystems Inc. ("Leica") and (collectively, the
3  "Parties"), by and through their undersigned counsel of record, have conferred and hereby
4  stipulate as follows:

5  WHEREAS, Defendant Leica filed a motion to dismiss and a motion for summary
6  judgment on August 20, 2024 (Dkt. Nos. 136, 138);

7  WHEREAS, Plaintiff UM's opposition to each motion is currently due on September 3,
8  2024;

9  WHEREAS, Leica's reply to each motion is currently due on September 10, 2024;

10 WHEREAS, the hearings on the motion to dismiss and motion for summary judgment are
11 noticed for September 25, 2024;

12 WHEREAS, the parties desire to extend the briefing schedule for the motion to dismiss
13 and motion for summary judgment, and the parties have conferred and agree not to take additional
14 discovery for briefing or consideration of the issues raised in these motions (*e.g.*, neither party
15 deposes any declarant or any other witness in connection with either motion), but they will
16 continue all other discovery towards meeting the discovery cut off;

17 WHEREAS, the parties have conferred and agree that UM may file its oppositions to the
18 motion to dismiss and for summary judgement on September 20, 2024, Leica may file its replies
19 on October 2, 2024 and the hearings on the motion to dismiss and motion for summary judgement
20 be continued to October 16, 2024 at 2 p.m.;

21 WHEREAS, the Parties agree that this stipulation does not and will not alter the date of
22 any event or any deadline already fixed by Court Order;

23 NOW THEREFORE, the Parties hereby stipulate and agree to extend the deadlines for
24 UM to file its oppositions to September 20, 2024, and for Leica to file its replies to October 2,
25 2024; and to continue the hearings on the motion to dismiss and motion for summary judgement
26 to October 16, 2024, at 2 p.m.

27 IT IS SO STIPULATED.

28

Dated:  August 30, 2024       Attorney for Plaintiff

By  */s/ Robert Kramer*
       Robert Kramer

Dated:  August 30, 2024       Attorney for Defendant

By  */s/ Philip W. Marsh*
       Philip W. Marsh

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

/s/ *Robert Kramer*

# [~~PROPOSED~~] ORDER

The Court having considered the parties' Stipulation to Continue Hearing Date and Briefing Schedule, hereby orders that:

- The hearings for the Motion to Dismiss (Dkt. 136) and Motion for Summary Judgement (Dkt. 138) are continued to October 16, 2024, at 2 p.m.;
- Plaintiff's oppositions to the Motion to Dismiss and Motion for Summary Judgement will be due on September 20, 2024; and
- Defendant's replies to the Motion to Dismiss and Motion for Summary Judgement will be due on October 2, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  September 3, 2024

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE