Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
David Alberti (SBN 220265)
dalberti@krameralberti.com
Sal Lim (SBN 211836)
slim@krameralberti.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@krameralberti.com
Curt Holbreich (SBN 168053)
cholbreich@krameralberti.com
Rick Chang (SBN 209515)
rchang@krameralberti.com
James P. Barabas (*pro hac vice*)
jbarabas@krameralberti.com
Aidan M. Brewster (SBN 319691)
abrewster@krameralberti.com
**KRAMER ALBERTI LIM**
**& TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Tel:  650.825.4300
Fax:  650.460.8443

*Attorneys for Plaintiff*
The Regents of the University of Michigan

Syma A. Siddiqui (SBN 236522)
symasiddiqui@jhu.edu
JOHNS HOPKINS UNIVERSITY
Office of General Counsel
3400 N. Charles Street/113 Garland Hall
Baltimore, MD 21218
Telephone: (410) 516-8128

*Attorneys for Non-Party Johns Hopkins*
*University*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN, a Michigan constitutional corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>LEICA MICROSYSTEMS INC.,<br>　　　　　Defendant. | Case No. 3:19-cv-07470-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE REGARDING MOTION TO QUASH**<br><br>Judge: Hon. William H. Orrick |

1

1    Pursuant to Fed. R. Civ. P. 6(b) and L.R. 6-1(b), Plaintiff The Regents of the University

2 of Michigan ("UM") and Non-Party Johns Hopkins University ("Johns Hopkins"; collectively,

3 the "Movants"), by and through their undersigned counsel of record, have conferred and hereby

4 stipulate as follows:

5    WHEREAS, Non-Party Johns Hopkins filed a Motion to Quash Subpoena on September

6 11, 2024 (Dkt. 146);

7    WHEREAS, Plaintiff UM's opposition to the Motion to Quash is currently due September

8 25, 2024;

9    WHEREAS, Johns Hopkins' reply to the Motion to Quash is currently due on October 2,

10 2024;

11    WHEREAS, the hearing on the Motion to Quash is noticed for October 16, 2024 at 2:00

12 P.M.;

13    WHEREAS, the Movants have met and conferred, and desire to extend the briefing

14 schedule for the Motion to Quash as well as the hearing date;

15    WHEREAS, the Movants agree that UM may file its opposition to the Motion to Quash

16 on November 6, 2024, Johns Hopkins may file its reply on November 13, 2024, and the hearing

17 on the Motion to Quash be continued to November 27, 2024 at 2 p.m.;

18    WHEREAS, the Movants agree that this stipulation does not and will not alter the date of

19 any event or any deadline already fixed by Court Order;

20    NOW THEREFORE, the Movants hereby stipulate and agree to extend the deadlines for

21 UM to file its opposition to November 6, 2024, for Johns Hopkins to file its reply to November

22 13, 2024, and to continue the hearing on the Motion to Quash to November 27, 2024 at 2:00 P.M.

23

24

25

26

27

28

STIPULATION RE HEARING AND BRIEFING SCHEDULE - 3:19-CV-7470-WHO

**IT IS SO STIPULATED**.

Dated:  September 18, 2024          Attorney for Plaintiff

                                    By  */s/ Robert Kramer*
                                    Robert Kramer

Dated:  September 18, 2024          Attorney for Non-Party Johns Hopkins University

                                    By  */s/ Syma A. Siddiqui*
                                    Syma A. Siddiqui

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

*/s/ Robert Kramer*

STIPULATION RE HEARING AND BRIEFING SCHEDULE - 3:19-CV-7470-WHO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

The Court having considered Plaintiff The Regents of the University of Michigan and Non-Party Johns Hopkins University's Stipulation to Continue Hearing Date and Briefing Schedule and the Declaration in support thereof, hereby orders that:

- The hearing for the Motion to Quash (Dkt. 146) is continued to November 27, 2024, at 2:00 P.M.;
- Plaintiff's opposition to the Motion to Quash will be due on November 6, 2024; and
- Non-Party Johns Hopkins University's reply will be due on November 13, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 18, 2024_____

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE