Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
David Alberti (SBN 220265)
dalberti@krameralberti.com
Sal Lim (SBN 211836)
slim@krameralberti.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@krameralberti.com
James P. Barabas (*pro hac vice*)
Curt Holbreich (SBN 168053)
cholbreich@krameralberti.com
Rick Chang (SBN 209515)
rchang@krameralberti.com
James P. Barabas (pro hac vice)
jbarabas@krameralberti.com
Aidan M. Brewster (SBN 319691)
abrewster@krameralberti.com
**KRAMER ALBERTI LIM
& TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Tel: 650.825.4300
Fax: 650.460.8443

*Attorneys for Plaintiff*
The Regents of the University of Michigan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN, a Michigan constitutional corporation,<br><br>Plaintiff,<br>v.<br><br>LEICA MICROSYSTEMS INC.,<br><br>Defendant. | CASE NO. 3:19-cv-07470-WHO<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS**<br><br>Judge: William H. Orrick<br>Date: October 16, 2024<br>Time: 2:00 P.M.<br>Crtm: Courtroom 2, 17th Floor |

Pending before the Court is Defendant Leica Microsystems, Inc.'s Motion to Dismiss for Lack of Standing ("Motion"). After considering the Motion, any opposition and reply thereto, and/or other materials of record in this action, the Court find that the Motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Hon. William H. Orrick
UNITED STATES DISTRICT JUDGE