Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
David Alberti (SBN 220265)
dalberti@krameralberti.com
Sal Lim (SBN 211836)
slim@krameralberti.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@krameralberti.com
Curt Holbreich (SBN 168053)
cholbreich@krameralberti.com
Rick Chang (SBN 209515)
rchang@krameralberti.com
James P. Barabas (*pro hac vice*)
jbarabas@krameralberti.com
Aidan M. Brewster (SBN 319691)
abrewster@krameralberti.com
**KRAMER ALBERTI LIM**
**& TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Tel:  650.825.4300
Fax:  650.460.8443

*Attorneys for Plaintiff*
The Regents of the University of Michigan

Philip W. Marsh (SBN 276383)
philip.marsh@arnoldporter.com
Carson D. Anderson (SBN 317308)
carson.anderson@arnnoldporter.com
**ARNOLD & PORTER KAYE**
**SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: 650.319.4500
Facsimile: 650.319.4700

Matthew M. Wolf (*pro hac vice*)
matthew.wolf@arnoldporter.com
**ARNOLD & PORTER KAYE**
**SCHOLER LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: 202.942.5000
Facsimile: 202.942.5999

*Attorneys for Defendant*
Leica Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN, a Michigan constitutional corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEICA MICROSYSTEMS INC.,<br>Defendant. | Case No. 3:19-cv-07470-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARINGS ON MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS, WITHDRAWAL OF ADMINISTRATIVE MOTION, AND CASE SCHEDULE**<br><br>Judge: Hon. William H. Orrick |

1     Pursuant to Fed. R. Civ. P. 6(b) and L.R. 6-1(b), Plaintiff The Regents of the University
2  of Michigan ("UM") and Defendant Leica Microsystems Inc. ("Leica") and (collectively, the
3  "Parties"), by and through their undersigned counsel of record, have conferred and hereby
4  stipulate as follows:

5     WHEREAS, Defendant Leica filed a motion to dismiss and a motion for summary
6  judgment on August 20, 2024 (Dkt. Nos. 136, 138);

7     WHEREAS, the hearings on the motion to dismiss and motion for summary judgment are
8  noticed for October 16, 2024 (Dkt. 145);

9     WHEREAS, lead counsel for defendant Leica, Matthew Wolf, due to unexpected
10 circumstances is scheduled to be in trial on October 16, 2024, in Colorado State Court for the
11 District of Denver ("Colorado Kroeger-Albertsons Antitrust Trial") in the third of three
12 consecutive trials in the Kroeger-Albertsons antitrust matters in the span of eight weeks;

13    WHEREAS, Leica filed on October 3, 2024, an Emergency Administrative Motion to
14 continue the hearing date in light of Mr. Wolf's unavailability (Dkt. 159);

15    WHEREAS, in order to resolve the issues raised by Leica's administrative motion to
16 continue the hearing dates on Leica's motion to dismiss and motion for summary judgment, the
17 **parties have agreed to continue the hearings on those motions to November 6, 2024, at 2**
18 **p.m**.;

19    WHEREAS, because of the change in the motion hearing dates and the complexities the
20 parties have encountered in scheduling the depositions of what is expected to be at least 10 party
21 and non-party witness depositions including multiple Leica witnesses who live and work in
22 Germany, an extension of the fact discovery cutoff of November 1, 2024, is needed for the limited
23 purpose of completing fact discovery depositions;

24    WHEREAS, to accommodate the agreed extension of the fact discovery cutoff other
25 adjustments to the case schedule will be needed to provide for sufficient time to complete those
26 case events in a complete and orderly fashion;

27    WHEREAS, in light of these circumstances, the parties agree to extend to November 15,
28 2024, the date for completing fact discovery depositions of party and non-party witnesses and

accordingly that the deadline to file any motions to compel on any fact discovery dispute will under Local Rule 37-3 be November 22, 2024;

WHEREAS, as a result of their agreement to extend the fact discovery cutoff as set forth above, the parties also agree to the following changes to the case schedule (all other dates remain unchanged and in light of Leica's pending summary judgment motion no date is provided for any further summary judgment motions to be filed by defendant Leica):

| Event | Current Date | Proposed New Date |
|---|---|---|
| **Trial Date** | May 27, 2025 | |
| **Pretrial Conference** | April 28, 2025 | |
| File Joint Pretrial Conference Statement and Joint Proposed Jury Instructions; File Motions in Limine, Voir Dire and Verdict Forms and Exchange Marked Trial Exhibits and Exhibit Lists | April 14, 2025 [14 days before PTC] | |
| Pretrial meet and confer re Joint Pretrial Conference Statement, Pretrial Materials, and Settlement (21 days before Pretrial Conference) | April 7, 2025 [21 days before PTC] | |
| Exchange (not file) Pretrial Materials per Civil L.R. 16-10(b)(7-10); and Motions in Limine (28 days before Pretrial Conference) | March 31, 2025 | |
| **Hearing on Daubert Motions** | February 26, 2025 | March 26, 2025 |
| **Hearing on Plaintiff Dispositive Motion** | February 26, 2025 | |
| **Replies to Dispositive Motions and Daubert Motions** | February 12, 2025 | March 12, 2025 |
| **Oppositions to Daubert Motions** | February 5, 2025 | February 28, 2025 |
| **Last Day to File Daubert Motions** | January 22, 2025 | February 12, 2025 |
| **Oppositions to Dispositive Motions and Daubert Motions** | February 5, 2025 | |

| Last day *Plaintiff* to File Dispositive Motions | January 22, 2025 | |
|---|---|---|
| **Expert Discovery Cutoff** | January 17, 2025 | January 31, 2025 |
| **Rebuttal Expert Reports** | January 10, 2025 | January 22, 2025 |
| **Opening Expert Reports** | December 6, 2024 | December 20, 2024 |
| **Fact Discovery Cutoff** | November 1, 2024 | November 15, 2024[1] |

WHEREAS, the Parties agree that this stipulation except as identified above does not and will not alter the date of any event or any deadline already fixed by Court Order;

NOW THEREFORE, the Parties hereby stipulate and agree to continue the hearings on the motion to dismiss and motion for summary judgement to November 6, 2024, at 2 p.m. and to the other changes in the case schedule as set forth above.

IT IS SO STIPULATED.

Dated: October 7, 2024      Attorney for Plaintiff

By */s/ Robert Kramer*
Robert Kramer

Dated: October 7, 2024      Attorney for Defendant

By */s/ Philip W. Marsh*
Philip W. Marsh

### SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

/s/ *Robert Kramer*

---

[1] The extension of the fact discovery cutoff to November 15, 2024, is for the limited purposes of completing fact depositions of party and non-party witnesses and the time to file any motions to compel fact discovery pursuant to Local Rule 37-3.

# [PROPOSED] ORDER

Having considered the parties' Stipulation Regarding Hearings on Motion for Summary Judgment and Motion to Dismiss, Withdrawal of Administrative Motion, and Case Schedule, the Court orders that:

- The hearings for the Motion to Dismiss (Dkt. 136) and Motion for Summary Judgement (Dkt. 138) are continued to November 6, 2024, at 2 pm
- Leica's Administrative Motion to continue the hearing on motion to dismiss and motion for summary judgment (Dkt. 159) is Withdrawn;
- The fact discovery deadline is extended to November 15, 2024. [2]
- The Court rejects the other proposed changes to the *Daubert* and expert schedule. The Court is willing to consider a revised schedule that does not change the date for the hearing on *Daubert* motions.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 8, 2024

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

---

[2] The extension of the fact discovery cutoff to November 15, 2024, is for the limited purposes of completing fact depositions of party and non-party witnesses and for the time to file any motions to compel fact discovery pursuant to Local Rule 37-3.