Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
David Alberti (SBN 220265)
dalberti@krameralberti.com
Sal Lim (SBN 211836)
slim@krameralberti.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@krameralberti.com
James P. Barabas (*pro hac vice*)
jbarabas@krameralberti.com
Curt Holbreich (SBN 168053)
cholbreich@krameralberti.com
Rick Chang (SBN 209515)
rchang@krameralberti.com
Aidan M. Brewster (SBN 319691)
abrewster@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Telephone: 650.825.4300
Facsimile: 650.460.8443

Nicole Glauser
Texas State Bar No. 24050694
nglauser@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
500 W 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (737) 256-7784
Facsimile: (650) 460-8443

*Attorneys for Plaintiff*
The Regents of the University of Michigan

Syma A. Siddiqui (SBN 236522)
symasiddiqui@jhu.edu
**JOHNS HOPKINS UNIVERSITY**
Office of General Counsel
3400 N. Charles Street/113 Garland Hall
Baltimore, MD 21218
Telephone: (410) 516-8128

*Attorneys for Non-Party Johns Hopkins University*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN, a Michigan constitutional corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>LEICA MICROSYSTEMS INC.,<br><br>　　　　　Defendant. | Case No. 3:19-cv-07470-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE REGARDING MOTION TO QUASH**<br><br>Judge: Hon. William H. Orrick |

1

STIPULATION RE HEARING AND BRIEFING SCHEDULE - 3:19-CV-7470-WHO

Pursuant to Fed. R. Civ. P. 6(b) and L.R. 6-1(b), Plaintiff The Regents of the University of Michigan ("UM") and Non-Party Johns Hopkins University ("Johns Hopkins"; collectively, the "Movants"), by and through their undersigned counsel of record, have conferred and hereby stipulate as follows:

WHEREAS, Non-Party Johns Hopkins filed a Motion to Quash Subpoena on September 11, 2024 (Dkt. 146);

WHEREAS, Plaintiff UM's opposition to the Motion to Quash is currently due November 6, 2024;

WHEREAS, Johns Hopkins' reply to the Motion to Quash is currently due on November 13, 2024;

WHEREAS, the hearing is currently scheduled for November 27, 2024 at 2:00 P.M.;

WHEREAS, the Movants have met and conferred, and desire to extend the briefing schedule for the Motion to Quash as well as the hearing date;

WHEREAS, the Movants agree that UM may file its opposition to the Motion to Quash on November 27, 2024, Johns Hopkins may file its reply on December 4, 2024, and the hearing on the Motion to Quash be continued to December 18, 2024 at 2 p.m.;

WHEREAS, the Movants agree that this stipulation does not and will not alter the date of any event or any deadline already fixed by Court Order;

NOW THEREFORE, the Movants hereby stipulate and agree to extend the deadlines for UM to file its opposition to November 27, 2024, for Johns Hopkins to file its reply to December 4, 2024, and to continue the hearing on the Motion to Quash to December 18, 2024 at 2:00 P.M.

**IT IS SO STIPULATED**.

Dated:  November 1, 2024          Attorney for Plaintiff

                                  By  */s/ Robert Kramer*
                                      Robert Kramer

Dated:  November 1, 2024          Attorney for Non-Party Johns Hopkins University

                                  By  */s/ Syma A. Siddiqui*
                                      Syma A. Siddiqui

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

/s/ *Robert Kramer*

## [PROPOSED] ORDER

The Court having considered Plaintiff The Regents of the University of Michigan and Non-Party Johns Hopkins University's Stipulation to Continue Hearing Date and Briefing Schedule and the Declaration in support thereof, hereby orders that:

- The hearing for the Motion to Quash (Dkt. 146) is continued to December 18, 2024 at 2:00 P.M.;
- Plaintiff's opposition to the Motion to Quash will be due on November 27, 2024; and
- Non-Party Johns Hopkins University's reply will be due on December 4, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 4, 2024

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE