UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN,<br><br>Plaintiff,<br><br>v.<br><br>LEICA MICROSYSTEMS INC.,<br>Defendant. | Case No. 19-cv-07470-WHO (VKD)<br><br>**ORDER RE NOVEMBER 26, 2024 DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 186 |

Plaintiff The Regents of the University of Michigan ("U-M") and defendant Leica Microsystems, Inc. ("Leica") ask the Court to resolve multiple disputes regarding discovery related to damages and infringement. *See* Dkt. No. 186.[1]  The Court finds this matter suitable for resolution without oral argument. Civil L.R. 7-1(b).

**1.      Damages**

U-M refers to its Request for Document No. 18, which is not attached, but which purportedly asks Leica to produce "[a]ll documents concerning revenue, unit sales and other monetization for the Accused Products in the United States on a monthly, quarterly, and annual basis from the initial release of each product through the present." Dkt. No. 186 at 1. U-M says that Leica has not yet completed its production of documents showing revenue for warranties and

---

[1] The parties' submission fails to comply with the Court's Standing Order for Civil Cases in at least two respects. First, the Standing Order provides that "[a] single joint discovery dispute letter should address only one discrete issue or a few issues that are closely related." Standing Order at 4. The parties' submission combines discussion of disputes about damages and infringement. Second, the Standing Order requires that the parties attach "the specific discovery material at issue, including the responses, if any, to it (e.g., disputed document requests, disputed interrogatories, privilege log, subpoena, deposition excerpt, proposed protective order, etc.)." *Id.*. The parties refer to one document request, several documents and exhibits, and the deposition testimony of at least two witnesses, but they neither attach nor seek leave to attach any of these materials.

services associated with the Accused Products "over the entire damages period." *Id.* at 1-2. In addition, U-M lists six categories of documents and information that it says represent "gaps in Leica's documents or testimony," but it does not identify any discovery requests that correspond to the listed categories. *Id.* at 2-3. Leica responds that it has "already agreed to produce the damages information that U-M seeks," and thus, a court order is unnecessary. *Id.* at 4.

Because Leica has affirmatively agreed to produce the damages-related documents and information U-M identifies in the discovery dispute letter, the Court orders Leica to produce that material by no later than **December 10, 2024**, one week in advance of the date U-M's opening expert report is due to be served.

### 2. Infringement

U-M requests an order requiring Leica to produce several categories of "technical materials," including firmware and source code, and it also asks Leica to provide a witness regarding certain firmware and source code functionality. *Id.* at 3. Leica responds that it has completed its production of discovery responsive to all categories U-M identifies, except for documents relating to Installation Test Protocols ("ITPs") for the Accused Products. *Id.* at 4-5. Leica says that it has produced a "representative set" of ITP documents and that producing all such documents would be unduly burdensome. *Id.* at 4. Leica further advises that it is "willing to produce . . . a witness for a limited deposition" regarding firmware and/or source code functionality, but it contends that such a witness is not necessary. *Id.* at 5.

The Court denies U-M's request for an order compelling Leica to produce any of the materials it identifies as infringement-related discovery. U-M identifies no discovery requests or other production or disclosure requirements that support its demand for these technical materials and witness testimony, and it cites no other basis on which the Court could properly order Leica's compliance with its demands. *See* Fed. R. Civ. P. 37(a)(3)(B).

**IT IS SO ORDERED.**

Dated: December 5, 2024

Virginia K. DeMarchi
United States Magistrate Judge