| | |
|---|---|
| Robert F. Kramer (SBN 181706)<br>rkramer@krameralberti.com<br>David Alberti (SBN 220265)<br>dalberti@krameralberti.com<br>Sal Lim (SBN 211836)<br>slim@krameralberti.com<br>Russell S. Tonkovich (SBN 233280)<br>rtonkovich@krameralberti.com<br>James P. Barabas (pro hac vice)<br>jbarabas@krameralberti.com<br>Curt Holbreich (SBN 168053)<br>cholbreich@krameralberti.com<br>Rick Chang (SBN 209515)<br>rchang@krameralberti.com<br>Aidan M. Brewster (SBN 319691)<br>abrewster@krameralberti.com<br>**KRAMER ALBERTI LIM &**<br>**TONKOVICH LLP**<br>950 Tower Lane, Suite 1725<br>Foster City, CA 94404<br>Tel:  650.825.4300<br>Fax:  650.460.8443<br><br>Nicole Glauser (pro hac vice)<br>Texas Bar No. 24050694<br>nglauser@krameralberti.com<br>**KRAMER ALBERTI LIM &**<br>**TONKOVICH LLP**<br>500 W 2nd Street, Suite 1900<br>Austin, TX 78701<br>Telephone: (737) 256-7784<br>Facsimile: (650) 460-8443<br><br>*Attorneys for Plaintiff*<br>The Regents of the University of Michigan | Syma A. Siddiqui (SBN 236522)<br>symasiddiqui@jhu.edu<br>JOHNS HOPKINS UNIVERSITY<br>Office of General Counsel<br>3400 N. Charles Street/113 Garland Hall<br>Baltimore, MD 21218<br>Telephone: (410) 516-8128<br><br>*Attorneys for Non-Party* Johns Hopkins University |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN, a Michigan constitutional corporation,<br><br>    Plaintiff,<br>    v.<br><br>LEICA MICROSYSTEMS INC.,<br><br>    Defendant. | Case No. 3:19-cv-07470-WHO-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF MOTION TO QUASH**<br><br>Re:  Dkt. No. 190 |

1

STIPULATION WITHDRAWAL OF MOTION TO QUASH - 3:19-CV-7470-WHO

Non-Party Johns Hopkins University ("JHU") and Plaintiff The Regents of the University of Michigan ("Plaintiff" or "U-M") respectfully submit this joint stipulation for withdrawal of the Motion to Quash, filed on September 11, 2024 (Dkt. 146), in light of the parties' resolution of the remaining issues raised by the motion as follows:

WHEREAS, JHU filed a Motion to Quash (Dkt. 146);

WHEREAS, the parties met and conferred and agreed that a single-day, remote, video deposition on January 31, 2025, of no longer than two hours will resolve the motion to quash;

WHEREAS, on December 17, 2024, Judge Orrick pursuant to a stipulation filed by U-M and defendant Leica Microsystems, Inc., issued an order permitting certain depositions be taken out of time, including the deposition of JHU (Dkt. 189); and

WHEREAS, this stipulation does not and will not alter the date of any event or any deadline already fixed by Court Order.

NOW THEREFORE, JH withdraws the motion to quash.

December 19, 2024                **JOHNS HOPKINS UNIVERSITY**

/s/ *Syma A. Siddiqui*
Syma A. Siddiqui

*Attorneys for Non-Party*
Johns Hopkins University

**KRAMER ALBERTI LIM & TONKOVICH LLP**

/s/ *Robert F. Kramer*
Robert F. Kramer

*Attorneys for Plaintiff*
The Regents of the University of Michigan

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i), I hereby attest that all other signatories listed concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

/s/ *Robert F. Kramer*

## **[PROPOSED] ORDER**

The Court having considered the parties' Stipulation for Withdrawal of the Motion to Quash, hereby orders that:

The Motion to Quash is hereby withdrawn pursuant to the terms of the stipulation between non-party Johns Hopkins University and plaintiff The Regents of the University of Michigan.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __December 20, 2024_____

_____
HON. VIRGINIA K. DEMARCHI
MAGISTRATE JUDGE