UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE REGENTS OF THE UNIVERSITY OF MICHIGAN,<br><br>Plaintiff,<br><br>v.<br><br>LEICA MICROSYSTEMS INC.,<br><br>Defendant. | Case No. 19-cv-07470-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 192 |
|---|---|

Pursuant to the Order on the Motion to Dismiss and the Motion for Summary Judgment, Judgment is accordingly entered in favor of Leica Microsystems Inc., and against The Regents of the University of Michigan.

Dated: January 14, 2025

Mark B. Busby, Clerk

By: Jean M. Davis, Deputy Clerk