1   Robert F. Kramer (SBN 181706)
    rkramer@krameralberti.com
2   David Alberti (SBN 220265)
    dalberti@krameralberti.com
3   Sal Lim (SBN 211836)
    slim@krameralberti.com
4   Russell S. Tonkovich (SBN 233280)
    rtonkovich@krameralberti.com
5   James P. Barabas (pro hac vice)
    jbarabas@krameralberti.com
6   Curt Holbreich (SBN 168053)
    cholbreich@krameralberti.com
7   Rick Chang (SBN 209515)
    rchang@krameralberti.com
8   Aidan M. Brewster (SBN 319691)
    abrewster@krameralberti.com
9   **KRAMER ALBERTI LIM &**
    **TONKOVICH LLP**
10  950 Tower Lane, Suite 1725
    Foster City, CA 94404
11  Tel:  650.825.4300
    Fax:  650.460.8443
12
    Nicole Glauser (pro hac vice)
13  Texas Bar No. 24050694
    nglauser@krameralberti.com
14  **KRAMER ALBERTI LIM &**
    **TONKOVICH LLP**
15  500 W 2nd Street, Suite 1900
    Austin, TX 78701
16  Telephone: (737) 256-7784
    Facsimile: (650) 460-8443
17

18  *Attorneys for Plaintiff*
    The Regents of the University of Michigan

    Philip W. Marsh (SBN 276383)
    Philip.Marsh@arnoldporter.com
    Carson Dean Anderson (SBN 317308)
    Carson.Anderson@arnoldporter.com
    Zachary A. Nemirovsky (SBN 346751)
    Zachary.Nemirovsky@arnoldporter.com
    **ARNOLD & PORTER KAYE SCHOLER**
    **LLP**
    3000 El Camino Real
    Five Palo Alto Square, Suite 500
    Palo Alto, CA 94306-3807
    Telephone: (650) 319-4500
    Facsimile: (650) 319-4700

    Matthew M. Wolf (*pro hac vice*)
    Matthew.Wolf@arnoldporter.com
    Amy DeWitt (*pro hac vice*)
    Amy.Dewitt@arnoldporter.com
    **ARNOLD & PORTER KAYE SCHOLER**
    **LLP**
    601 Massachusetts Ave., N.W.
    Washington, D.C.  20001-3743
    Telephone: (202) 942-5000
    Facsimile: (202) 942-5999

    Estayvaine Bragg (SBN 341400)
    Estayvaine.Bragg@arnoldporter.com
    **ARNOLD & PORTER KAYE SCHOLER**
    **LLP**
    Three Embarcadero Center, 10th Floor
    San Francisco, CA 94111-4024
    Telephone: (415) 471-3100
    Facsimile: (415) 471-3400

    *Attorneys for Defendant,*
    Leica Microsystems Inc.

19

20                   UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

                     SAN FRANCISCO DIVISION
22

23  THE REGENTS OF THE UNIVERSITY OF          Case No. 3:19-cv-07470-WHO
    MICHIGAN, a Michigan constitutional
24  corporation,                              **STIPULATION AND [PROPOSED]**
                                              **ORDER FOR ENTRY OF AMENDED**
25                                            **FINAL JUDGMENT TO INCLUDE**
                 Plaintiff,                   **COUNTERCLAIMS**
26       v.

27  LEICA MICROSYSTEMS INC.,

28               Defendant.

                                        1

STIPULATION FOR ENTRY OF AMENDED FINAL JUDGMENT - 3:19-CV-7470-WHO

1    Plaintiff The Regents of the University of Michigan ("Plaintiff" or "U-M") and Defendant

2  Leica Microsystems Inc. ("Defendant" or "Leica") respectfully submit this joint stipulation for

3  entry of an amended final judgment to address the counterclaims.  The Court issued its Final

4  Judgment on January 14, 2025 (ECF No. 194).  The parties respectfully request that the Court

5  amend the Final Judgment as set forth in the Proposed Amended Final Judgment.

6    The parties have met and conferred, stipulate, and agree to the following with regard to the

7  Amended Final Judgment.

8    The Parties agree and hereby stipulate that the Amended Final Judgment requires the entry

9  of a judgment of non-infringement with respect to U.S. Patent No. 7,277,169 ("'169 patent") in

10  favor of Defendant Leica Microsystems Inc. on Plaintiff's claims for infringement of the '169

11  patent and Defendant Leica Microsystems Inc.'s First Counterclaim (Declaratory Judgment of

12  Noninfringement).

13    The Parties also agree and stipulate that Defendant's Second Counterclaim of Declaratory

14  Judgment of Invalidity should be dismissed without prejudice and may be reinstated if the Federal

15  Circuit reverses or remands this case back to this Court.

16    Attached hereto is a proposed Amended Final Judgment.

17    NOW THEREFORE, the parties respectfully request that the Court enter an Amended Final

18  Judgment as set forth in the parties' Proposed Order filed herewith.

19
20    January 23, 2025

**KRAMER ALBERTI LIM & TONKOVICH LLP**

/s/ *Robert F. Kramer*
21    Robert F. Kramer

22    *Attorneys for Plaintiff*
23    The Regents of the University of Michigan

24    **ARNOLD & PORTER KAYE SCHOLER LLP**

25    */s/ Philip Marsh*
     Philip Marsh
26
27    *Attorneys for Defendant*
     Leica Microsystems Inc.
28

STIPULATION FOR ENTRY OF AMENDED FINAL JUDGMENT - 3:19-CV-7470-WHO

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

/s/ *Robert Kramer*

3

STIPULATION FOR ENTRY OF AMENDED FINAL JUDGMENT - 3:19-CV-7470-WHO