| | |
|---|---|
| Robert F. Kramer (SBN 181706) | Philip W. Marsh (SBN 276383) |
| rkramer@krameralberti.com | Philip.Marsh@arnoldporter.com |
| David Alberti (SBN 220265) | Carson Dean Anderson (SBN 317308) |
| dalberti@krameralberti.com | Carson.Anderson@arnoldporter.com |
| Sal Lim (SBN 211836) | Zachary A. Nemirovsky (SBN 346751) |
| slim@krameralberti.com | Zachary.Nemirovsky@arnoldporter.com |
| Russell S. Tonkovich (SBN 233280) | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| rtonkovich@krameralberti.com | 3000 El Camino Real |
| James P. Barabas (pro hac vice) | Five Palo Alto Square, Suite 500 |
| jbarabas@krameralberti.com | Palo Alto, CA 94306-3807 |
| Curt Holbreich (SBN 168053) | Telephone: (650) 319-4500 |
| cholbreich@krameralberti.com | Facsimile: (650) 319-4700 |
| Rick Chang (SBN 209515) | |
| rchang@krameralberti.com | Matthew M. Wolf (*pro hac vice*) |
| Aidan M. Brewster (SBN 319691) | Matthew.Wolf@arnoldporter.com |
| abrewster@krameralberti.com | Amy DeWitt (*pro hac vice*) |
| **KRAMER ALBERTI LIM & TONKOVICH LLP** | Amy.Dewitt@arnoldporter.com |
| 950 Tower Lane, Suite 1725 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Foster City, CA 94404 | 601 Massachusetts Ave., N.W. |
| Tel:  650.825.4300 | Washington, D.C.  20001-3743 |
| Fax:  650.460.8443 | Telephone: (202) 942-5000 |
| | Facsimile: (202) 942-5999 |
| Nicole Glauser (pro hac vice) | |
| Texas Bar No. 24050694 | Estayvaine Bragg (SBN 341400) |
| nglauser@krameralberti.com | Estayvaine.Bragg@arnoldporter.com |
| **KRAMER ALBERTI LIM & TONKOVICH LLP** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 500 W 2nd Street, Suite 1900 | Three Embarcadero Center, 10th Floor |
| Austin, TX 78701 | San Francisco, CA 94111-4024 |
| Telephone: (737) 256-7784 | Telephone: (415) 471-3100 |
| Facsimile: (650) 460-8443 | Facsimile: (415) 471-3400 |
| *Attorneys for Plaintiff* | |
| The Regents of the University of Michigan | *Attorneys for Defendant,* Leica Microsystems Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN, a Michigan constitutional corporation,<br><br>Plaintiff,<br>v.<br><br>LEICA MICROSYSTEMS INC.,<br><br>Defendant. | Case No. 3:19-cv-07470-WHO<br><br>**[PROPOSED] AMENDED FINAL JUDGMENT** |

## [PROPOSED] AMENDED FINAL JUDGMENT

The Court HEREBY ENTERS FINAL JUDGMENT as follows:

1. Pursuant to the Court's January 9, 2025, Order on the Motion to Dismiss and Motion for Summary Judgment (the "Order," ECF No. 192), judgment of non-infringement with respect to the U.S. Patent No. 7,277,169 (the "'169 patent") is entered with prejudice against Plaintiff The Regents of the University of Michigan and in favor of Defendant Leica Microsystems Inc. on Plaintiff's claims for infringement of the '169 patent and Defendant Leica Microsystems Inc.'s First Counterclaim (Declaratory Judgment of Noninfringement).

2. Defendant's Second Counterclaim (Declaratory Judgment of Invalidity) is dismissed without prejudice and may be reinstated in this case if the Federal Circuit reverses or remands this case back to this Court.

3. All claims of the parties in this Action have been adjudicated or dismissed, and any remaining disputes have been found moot.

The Parties reserve all rights not otherwise specified above.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE