Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
David Alberti (SBN 220265)
dalberti@krameralberti.com
Sal Lim (SBN 211836)
slim@krameralberti.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@krameralberti.com
James P. Barabas (pro hac vice)
jbarabas@krameralberti.com
Curt Holbreich (SBN 168053)
cholbreich@krameralberti.com
Rick Chang (SBN 209515)
rchang@krameralberti.com
Aidan M. Brewster (SBN 319691)
abrewster@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Tel:  650.825.4300
Fax:  650.460.8443

Nicole Glauser (pro hac vice)
Texas Bar No. 24050694
nglauser@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
500 W 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (737) 256-7784
Facsimile: (650) 460-8443

*Attorneys for Plaintiff*
The Regents of the University of Michigan

Philip W. Marsh (SBN 276383)
Philip.Marsh@arnoldporter.com
Carson Dean Anderson (SBN 317308)
Carson.Anderson@arnoldporter.com
Zachary A. Nemirovsky (SBN 346751)
Zachary.Nemirovsky@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Matthew M. Wolf (*pro hac vice*)
Matthew.Wolf@arnoldporter.com
Amy DeWitt (*pro hac vice*)
Amy.Dewitt@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., N.W.
Washington, D.C.  20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Estayvaine Bragg (SBN 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

*Attorneys for Defendant,*
Leica Microsystems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN, a Michigan constitutional corporation,<br><br>            Plaintiff,<br>       v.<br><br>LEICA MICROSYSTEMS INC.,<br><br>            Defendant. | Case No. 3:19-cv-07470-WHO<br><br>**[PROPOSED] AMENDED FINAL JUDGMENT** |

1

# [PROPOSED] AMENDED FINAL JUDGMENT

The Court HEREBY ENTERS FINAL JUDGMENT as follows:

1. Pursuant to the Court's January 9, 2025, Order on the Motion to Dismiss and Motion for Summary Judgment (the "Order," ECF No. 192), judgment of non-infringement with respect to the U.S. Patent No. 7,277,169 (the "'169 patent") is entered with prejudice against Plaintiff The Regents of the University of Michigan and in favor of Defendant Leica Microsystems Inc. on Plaintiff's claims for infringement of the '169 patent and Defendant Leica Microsystems Inc.'s First Counterclaim (Declaratory Judgment of Noninfringement).

2. Defendant's Second Counterclaim (Declaratory Judgment of Invalidity) is dismissed without prejudice and may be reinstated in this case if the Federal Circuit reverses or remands this case back to this Court.

3. All claims of the parties in this Action have been adjudicated or dismissed, and any remaining disputes have been found moot.

The Parties reserve all rights not otherwise specified above.

**IT IS SO ORDERED.**

Dated: _January 24, 2025_____

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE