Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
David Alberti (SBN 220265)
dalberti@krameralberti.com
Sal Lim (SBN 211836)
slim@krameralberti.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@krameralberti.com
James P. Barabas (pro hac vice)
jbarabas@krameralberti.com
Curt Holbreich (SBN 168053)
cholbreich@krameralberti.com
Rick Chang (SBN 209515)
rchang@krameralberti.com
Aidan M. Brewster (SBN 319691)
abrewster@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Tel:  650.825.4300
Fax:  650.460.8443

Nicole Glauser (pro hac vice)
Texas Bar No. 24050694
nglauser@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
500 W 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (737) 256-7784
Facsimile: (650) 460-8443

*Attorneys for Plaintiff*
The Regents of the University of Michigan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN, a Michigan constitutional corporation,<br><br>             Plaintiff,<br>      v.<br><br>LEICA MICROSYSTEMS INC.,<br><br>             Defendant. | Case No. 3:19-cv-07470-WHO<br><br>**NOTICE OF APPEAL** |

1

Plaintiff The Regents of the University of Michigan ("Plaintiff" or "U-M") hereby appeals to the United States Court of Appeals for the Federal Circuit from the Amended Final Judgment entered by the Court on January 24, 2025 (ECF No. 196), the January 9, 2025 Order granting Summary Judgment (ECF No. 192), the February 14, 2024 Claim Construction Order (ECF No. 113) and from all other rulings, findings and/or conclusions of any kind whatsoever decided adversely to Plaintiff.

Plaintiff's Representation Statement is attached to this Notice as Required by Rule 12(b) of the Federal Rules of Appellate Procedure.

January 27, 2025                    **KRAMER ALBERTI LIM & TONKOVICH LLP**

/s/ *Robert F. Kramer*
Robert F. Kramer
rkramer@krameralberti.com
David Alberti (SBN 220265)
dalberti@krameralberti.com
Sal Lim (SBN 211836)
slim@krameralberti.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@krameralberti.com
James P. Barabas (pro hac vice)
jbarabas@krameralberti.com
Curt Holbreich (SBN 168053)
cholbreich@krameralberti.com
Rick Chang (SBN 209515)
rchang@krameralberti.com
Aidan M. Brewster (SBN 319691)
abrewster@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Tel:  650.825.4300
Fax:  650.460.8443

Nicole Glauser (pro hac vice)
Texas Bar No. 24050694
nglauser@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
500 W 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (737) 256-7784
Facsimile: (650) 460-8443

*Attorneys for Plaintiff*
The Regents of the University of Michigan

## **REPRESENTATION STATEMENT**

| PARTIES | COUNSEL OF RECORD |
|---|---|
| The Regents of the University of Michigan | Robert F. Kramer<br>rkramer@krameralberti.com<br>David Alberti (SBN 220265)<br>dalberti@krameralberti.com<br>Sal Lim (SBN 211836)<br>slim@krameralberti.com<br>Russell S. Tonkovich (SBN 233280)<br>rtonkovich@krameralberti.com<br>James P. Barabas (pro hac vice)<br>jbarabas@krameralberti.com<br>Curt Holbreich (SBN 168053)<br>cholbreich@krameralberti.com<br>Rick Chang (SBN 209515)<br>rchang@krameralberti.com<br>Aidan M. Brewster (SBN 319691)<br>abrewster@krameralberti.com<br>**KRAMER ALBERTI LIM**<br>**& TONKOVICH LLP**<br>950 Tower Lane, Suite 1725<br>Foster City, CA 94404<br>Tel:  650.825.4300<br>Fax:  650.460.8443<br><br>Nicole Glauser (pro hac vice)<br>Texas Bar No. 24050694<br>nglauser@krameralberti.com<br>**KRAMER ALBERTI LIM**<br>**& TONKOVICH LLP**<br>500 W 2nd Street, Suite 1900<br>Austin, TX 78701<br>Telephone: (737) 256-7784<br>Facsimile: (650) 460-8443 |
| Leica Microsystems, Inc. | Philip W. Marsh (SBN 276383)<br>Philip.Marsh@arnoldporter.com<br>Carson Dean Anderson (SBN 317308)<br>Carson.Anderson@arnoldporter.com<br>Zachary A. Nemirovsky (SBN 346751)<br>Zachary.Nemirovsky@arnoldporter.com<br>**ARNOLD & PORTER KAYE**<br>**SCHOLER LLP**<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, CA 94306-3807<br>Telephone: (650) 319-4500<br>Facsimile: (650) 319-4700<br><br>Matthew M. Wolf (*pro hac vice*)<br>Matthew.Wolf@arnoldporter.com |

|    |    |
|----|----|
| 1  | Amy DeWitt (*pro hac vice*) |
| 2  | Amy.Dewitt@arnoldporter.com <br> **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 3  | 601 Massachusetts Ave., N.W. <br> Washington, D.C.  20001-3743 |
| 4  | Telephone: (202) 942-5000 <br> Facsimile: (202) 942-5999 |
| 5  | Estayvaine Bragg (SBN 341400) |
| 6  | Estayvaine.Bragg@arnoldporter.com <br> **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 7  | Three Embarcadero Center, 10th Floor |
| 8  | San Francisco, CA 94111-4024 <br> Telephone: (415) 471-3100 |
| 9  | Facsimile: (415) 471-3400 |

4

NOTICE OF APPEAL- 3:19-CV-7470-WHO