| APPENDIX A:  ITEMIZATION OF COSTS ||| 
|---|---|---|
| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION |
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** |||
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1) |||
| n/a |||
| Service of Process, Civil LR 54-3(a)(2) |||
| Service of Subpoena on Third Party Duke University | $309.25 | A1 |
| Service of Subpoena on Third Party Fred Hutchinson Cancer Center | $309.25 | A1 |
| Service of Subpoena on Third Party Harvard University | $309.25 | A1 |
| Service of Subpoena on Third Party Icahn School of Medicine at Mount Sinai | $309.25 | A1 |
| Service of Subpoena on Third Party Jan & Dan Duncan Neurological Research Institute at Texas Children's Hospital | $309.25 | A1 |
| Service of Subpoena on Third Party John Hopkins University | $309.25 | A2 |
| Service of Subpoena on Third Party Michigan State University | $309.25 | A1 |
| Service of Subpoena on Third Party SUNY Upstate Medical University at Syracuse | $309.25 | A1 |
| Service of Subpoena on Third Party The University of Virginia | $309.25 | A1 |
| Service of Subpoena on Third Party UC San Diego School of Medicine | $156.00 | A1 |
| Service of Subpoena on Third Party UMass Chan School of Medicine | $309.25 | A1 |
| Service of Subpoena on Third Party University of California Los Angeles | $127.75 | A1 |
| Service of Subpoena on Third Party University of North Carolina | $309.25 | A1 |
| Service of Subpoena on Third Party Yale University | $309.25 | A1 |
| Service of Subpoena on Third Party Duke University | $309.25 | A1 |
| **Subtotal** | **$4,304.00** | |
| **b. REPORTERS' TRANSCRIPTS** |||
| n/a |||

| c. DEPOSITIONS | | |
|---|---|---|
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | | |
| 12/17/2024 Deposition of Ammarsi Periasamy – Transcript and Video | $848.70 | C1 and C2, Anderson Decl. |
| 11/13/2024 Deposition of Bryce Pilz – Transcript | $924.60 | C3, Anderson Decl. |
| 11/01/2024 Deposition of Giulia Ossato – Transcript and Video | $1,952.10 | C4 and C5, Anderson Decl. |
| 11/13/2024 Deposition of Holger Birk (Day 1) – Transcript and Video | $1,298.70 | C6 and C7, Anderson Decl. |
| 11/14/2024 Deposition of Holger Birk (Day 2) – Transcript and Video | $1,264.05 | C8 and C9, Anderson Decl. |
| 11/15/2024 Deposition of James Baker – Transcript | $1,554.80 | C10, Anderson Decl. |
| 11/13/2024 Deposition of Joerg Nikolaus – Transcript and Video | $744.75 | C11 and C12, Anderson Decl. |
| 11/08/2024 Deposition of Kevin Edwards – Transcript and Video | $1,634.40 | C13 and C14, Anderson Decl. |
| 11/15/2024 Deposition of Lena Kumba Schroeder – Transcript and Video | $905.40 | C15 and C16, Anderson Decl. |
| 11/11/2024 Deposition of Manuel Kremer (Day 1) – Transcript and Video | $1,476.90 | C17 and C18, Anderson Decl. |
| 11/12/2024 Deposition of Manuel Kremer (Day 2) – Transcript and Video | $1,885.05 | C19 and C20, Anderson Decl. |
| 11/15/2024 Deposition of Nikolaos Tzavaras – Transcript | $549.45 | C15, Anderson Decl. |
| 12/19/2024 Deposition of Paula Montero Llopis – Transcript and Video | $833.85 | C21 and C22, Anderson Decl. |
| 10/30/2024 Deposition of Sarah Crowe – Transcript and Video | $3,318.30 | C23 and C24, Anderson Decl. |
| 11/14/2024 Deposition of Stefan Recknagel (Day 1) – Transcript and Video | $1,427.40 | C25 and C26, Anderson Decl. |
| 11/15/2024 Deposition of Stefan Recknagel (Day 2) – Transcript and Video | $1,377.90 | C27 and C28, Anderson Decl. |
| 11/14/2024 Deposition of Tanjef Szellas (Day 1) – Transcript and Video | $1,269.00 | C29 and C30, Anderson Decl. |
| 11/15/2024 Deposition of Tanjef Szellas (Day 2) – Transcript and Video | $1,338.30 | C31 and C32, Anderson Decl. |
| 11/12/2024 Deposition of Timo Karafiat (Day 1) – Transcript and Video | $1,259.10 | C33 and C34, Anderson Decl. |
| 11/13/2024 Deposition of Timo Karafiat (Day 2) – Transcript and Video | $1,229.40 | C35 and C36, Anderson Decl. |
| **Subtotal** | **$27,092.15** | |
| Deposition Exhibits, Civil LR 54-3(c)(3) | | |
| 12/17/2024 Deposition of Ammarsi Periasamy – Exhibits | $77.00 | C1, Anderson Decl. |
| 11/13/2024 Deposition of Bryce Pilz – Exhibits | $164.50 | C3, Anderson Decl. |
| 11/01/2024 Deposition of Giulia Ossato – Exhibits | $283.25 | C4, Anderson Decl. |
| 11/13/2024 Deposition of Holger Birk (Day 1) – Exhibits | $56.10 | C6, Anderson Decl. |
| 11/14/2024 Deposition of Holger Birk (Day 2) – Exhibits | $128.15 | C8, Anderson Decl. |

US 253703244v3

| | | |
|---|---|---|
| 11/15/2024 Deposition of James Baker – Exhibits | $67.25 | C10, Anderson Decl. |
| 11/13/2024 Deposition of Joerg Nikolaus – Exhibits | $11.00 | C11, Anderson Decl. |
| 11/08/2024 Deposition of Kevin Edwards – Exhibits | $214.45 | C13, Anderson Decl. |
| 11/15/2024 Deposition of Lena Kumba Schroeder – Exhibits | $147.95 | C15, Anderson Decl. |
| 11/11/2024 Deposition of Manuel Kremer (Day 1) – Exhibits | $157.80 | C17, Anderson Decl. |
| 11/12/2024 Deposition of Manuel Kremer (Day 2) – Exhibits | $85.75 | C19, Anderson Decl. |
| 12/19/2024 Deposition of Paula Montero Llopis – Exhibits | $48.40 | C21, Anderson Decl. |
| 10/30/2024 Deposition of Sarah Crowe – Exhibits | $163.30 | C23, Anderson Decl. |
| 11/14/2024 Deposition of Stefan Recknagel (Day 1) – Exhibits | $481.25 | C25, Anderson Decl. |
| 11/15/2024 Deposition of Stefan Recknagel (Day 2) – Exhibits | $294.80 | C27, Anderson Decl. |
| 11/14/2024 Deposition of Tanjef Szellas (Day 1) – Exhibits | $68.70 | C29, Anderson Decl. |
| 11/15/2024 Deposition of Tanjef Szellas (Day 2) – Exhibits | $175.95 | C31, Anderson Decl. |
| 11/12/2024 Deposition of Timo Karafiat (Day 1) – Exhibits | $56.60 | C33, Anderson Decl. |
| 11/13/2024 Deposition of Timo Karafiat (Day 2) – Exhibits | $80.25 | C35, Anderson Decl. |
| **Subtotal** | **$2,762.45** | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | |
| Document Production (data processing) | $15,752.75 | Burtoft Decl. |
| Document Production (productions) | $13,000.00 | Burtoft Decl. |
| **Subtotal** | **$28,752.75** | |
| **e. WITNESS FEES AND EXPENSES** | | |
| Itemized Witness Fees & Expenses, Civil LR 54(e) | | |
| n/a | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | |
| Interpreters, 28 USC § 1920(6) | | |
| Interpreter for 11/13/2024 Deposition of Holger Birk (Day 1) | $1,000.00 | F3, Anderson Decl. |
| Interpreter for 11/14/2024 Deposition of Holger Birk (Day 2) | $1,000.00 | F3, Anderson Decl. |
| Interpreter for 11/11/2024 Deposition of Manuel Kremer (Day 1) | $1,000.00 | F3, Anderson Decl. |
| Interpreter for 11/12/2024 Deposition of Manuel Kremer (Day 2) | $1,000.00 | F3, Anderson Decl. |

US 253703244v3

| | | |
|---|---|---|
| Interpreter for 11/14/2024 Deposition of Stefan Recknagel (Day 1) | $2,000.00 | F1, Anderson Decl. |
| Interpreter for 11/15/2024 Deposition of Stefan Recknagel (Day 2) | $2,000.00 | F2, Anderson Decl. |
| Interpreter for 11/14/2024 Deposition of Tanjef Szellas (Day 1) | $1,000.00 | F4, Anderson Decl. |
| Interpreter for 11/15/2024 Deposition of Tanjef Szellas (Day 2) | $1,000.00 | F4, Anderson Decl. |
| Interpreter for 11/12/2024 Deposition of Timo Karafiat (Day 1) | $1,000.00 | F4, Anderson Decl. |
| Interpreter for 11/13/2024 Deposition of Timo Karafiat (Day 2) | $1,000.00 | F4, Anderson Decl. |
| **Subtotal** | **$12,000.00** | |
| g. MISCELLANEOUS COSTS | | |
| n/a | | |
| | | |
| **TOTAL AMOUNT** | **$74,911.35** | |