Philip W. Marsh (SBN 276383)
Philip.Marsh@arnoldporter.com
Carson Dean Anderson (SBN 317308)
Carson.Anderson@arnoldporter.com
Zachary A. Nemirovsky (SBN 346751)
Zachary.Nemirovsky@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Estayvaine Bragg (SBN 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

Matthew M. Wolf (*pro hac vice*)
Matthew.Wolf@arnoldporter.com
Amy DeWitt (*pro hac vice*)
Amy.DeWitt@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendant*,
LEICA MICROSYSTEMS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN, a Michigan constitutional corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEICA MICROSYSTEMS INC.,<br><br>Defendant. | Case No. 3:19-cv-07470-WHO<br><br>**DECLARATION OF CARSON D. ANDERSON IN SUPPORT OF LEICA'S BILL OF COSTS** |

I, Carson D. Anderson, hereby declare as follows:

1. I am a Senior Associate at the law firm of Arnold & Porter Kaye Scholer LLP and am counsel for Leica Microsystems Inc. ("Leica") in the present case. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Leica's Bill of Costs ("BOC"). I worked with representatives from Leica and Leica's parent company, Danaher Corporation, representatives from Control Risks LLC, and attorneys and staff from Arnold & Porter Kaye Scholer LLP with personal knowledge of these costs to identify and present the costs claimed in the BOC.

3. Below is a list of exhibits that are provided as documentation for the costs claimed by Leica, pursuant to Civil L.R. 54-1(a). Where Leica claims only a portion of the costs identified in a particular invoice, those costs are specifically highlighted.

4. Pursuant to 28 U.S.C. § 1924 and Civil L.R. 54-1(a), on information and belief based on a reasonable investigation, Leica has incurred all of the costs claimed in the exhibits identified below, the claimed costs are correctly stated and were for services/goods that were actually performed/received by Leica, and each claimed cost was necessarily incurred in this case.

5. Attached hereto as Exhibits A1 and A2 are true and correct copies of invoices for service of process costs paid by Leica in this case. The particular portions that Leica claims have been highlighted in orange.

6. Attached hereto as Exhibits C1-C36 are true and correct copies of invoices for costs incurred by Leica for deposition transcripts, video recordings of depositions, and deposition exhibits in this case. The portions that Leica claims pursuant to Civil L.R. 54-3(1) are highlighted in orange, and the portions that Leica claims pursuant to Civil L.R. 54-3(3) are highlighted in yellow.

7. Attached hereto as Exhibits F1-F4 are true and correct copies of invoices for costs incurred by Leica for interpreting depositions of fact witnesses who are native German speakers and required interpreted/translated depositions.

8. With respect to Exhibits F3 and F4, these depositions took place in Germany and these invoices are accordingly written in German. Exhibit F3 is for depositions taking place on the

dates ("Zeiten" translates to "times") November 11, 12, 13, and 14, 2024, and corresponds to the two day depositions of Drs. Manuel Kremer and Holger Birk. For Exhibit F3, Leica only claims the costs associated with line item "Dolmetschpauschale," which translates to "interpreting flat rate," highlighted in orange in Exhibit F3. Exhibit F4 is for depositions taking place on the dates ("Datum" translates to "date") November 12, 13, 14, and 15, 2024, and corresponds to the two day depositions of Dr. Tanjef Szellas and Mr. Timo Karafiat. For Exhibit F4, Leica only claims the costs associated with line item "Dolmetschen," which translates to "interpreting," highlighted in orange in Exhibit F4. While Leica incurred costs in the amount of 8,000.00 € (Euros) for the invoices of Exhibits F3 and F4, which would convert to more than $8,300.00 at the time of this filing,[1] Leica only claims $8,000.00 for these costs in an effort to be conservative. Pursuant to Federal Rule of Civil Procedure 5.2, financial account numbers have been redacted from Exhibits F3 and F4.

9. The Declaration of Maggie Burtoft, filed herewith, details costs that Leica incurred through the disclosure of discovery documents in this case. I understand that the costs included in this declaration include only the amounts associated with the electronic preparation and duplication of discovery documents, and not the intellectual effort involved with production. I also understand that these costs only pertain to documents that were actually produced to Michigan, and do not include any fees or amounts associated with the hosting of electronic data.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 28, 2025, in Palo Alto, CA.

    /s/    Carson D. Anderson
              Carson D. Anderson

---

[1] At the time of this filing, using the U.S. Department of Treasury's Currency Exchange Rate Converter, 8,000 € (Euros) converts to $8,324.66 (US Dollars). See https://fiscaldata.treasury.gov/currency-exchange-rates-converter/.