# EXHIBITS
# A1 – A2

# EXHIBIT A1

# INVOICE

**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 99-3169047

| Invoice No. | Customer No. |
|---|---|
| 70045913 | 87026 |
| **Invoice Date** | **Total Due** |
| 8/31/24 | 5,698.68 |

Arnold & Porter | Kaye Scholer
3000 EL CAMINO REAL
FIVE PALO ALTO SQUARE, STE 500
PALO ALTO, CA 94306

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 87026 | 70045913 | 8/31/24 | 5,698.68 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/20/24 PROCESS-FORWARD SAME DAY | 9120392 | FSP | Arnold & Porter \| Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO     CA 94306<br>Caller: Douglas Smith<br>3:19-cv-07470-WHO<br>REGENTS OF THE UNIVERSITY OF MICHIGAN<br>SUBPOENA TO TESTIFY AT A DEPOSITION<br><br>Signed: new address 9120431 | ICAHN SCHOOL OF MEDICINE AT MOUNT S<br>140 EAST 42ND STREET<br>NEW YORK       NY 10017<br><br>SERVE ASAP, C/O BETH<br>ESSIG<br><br>Ref: 9000644.00006 | Base Chg  : 309.25<br>PDF/Ship  :  18.07<br>Misc      :  16.36- | 310.96 |
| 8/20/24 PROCESS-FORWARD SAME DAY | 9120393 | FSP | Arnold & Porter \| Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO     CA 94306<br>Caller: Douglas Smith<br>3:19-cv-07470-WHO<br>REGENTS OF THE UNIVERSITY OF MICHIGAN<br>SUBPOENA TO TESTIFY AT A DEPOSITION<br><br>Signed: Laurie Secord, Executi | MICHIGAN STATE UNIVERSITY, C/O BRIA<br>426 AUDITORIUM ROAD<br>EAST LANSING   MI 48326<br><br>SERVE ASAP, C/O BRIA<br>N QUINN<br><br>Ref: 9000644.00006 | Base Chg  : 309.25<br>PDF/Ship  :  18.07<br>Misc      :  16.36-<br>Adv/Wit Ck: 137.00 | 447.96 |
| 8/20/24 PROCESS-FORWARD SAME DAY | 9120394 | FSP | Arnold & Porter \| Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO     CA 94306<br>Caller: Douglas Smith<br>3:19-cv-07470-WHO<br>REGENTS OF THE UNIVERSITY OF MICHIGAN<br>SUBPOENA TO TESTIFY AT A DEPOSITION<br><br>Signed: MARTIN LEVINE, ATTORNE | SUNY UPSTATE MEDICAL UNIVERSITY AT<br>353 BROADWAY<br>ALBANY         NY 12207<br><br>SERVE ASAP, C/O MART<br>IN DURKIN, JR.<br><br>Ref: 9000644.00006 | Base Chg  : 309.25<br>PDF/Ship  :  18.07<br>Misc      :  16.36-<br>Adv/Wit Ck: 225.00 | 535.96 |
| 8/20/24 PROCESS-BRANCH SAME DAY | 9120395 | BSD | Arnold & Porter \| Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO     CA 94306<br>Caller: Douglas Smith<br>3:19-cv-07470-WHO<br>REGENTS OF THE UNIVERSITY OF MICHIGAN<br>SUBPOENA TO TESTIFY AT A DEPOSITION<br><br>Signed: new address 9120441 | UC SAN DIEGO SCHOOL OF MEDICINE, C/<br>9500 GILMAN DRIVE<br>LA JOLLA       CA 92093<br>Comment: 2 attempts<br>SERVE ASAP, C/O DANI<br>EL PARK<br><br>Ref: 9000644.00006 | Base Chg  : 230.25<br>PDF/Ship  :  18.07<br>Addt'lChgs: 115.15<br>Misc      :  19.21-<br>Fuel Chg  :  20.72 | 364.98 |
| 8/20/24 PROCESS-FORWARD SAME DAY | 9120396 | FSP | Arnold & Porter \| Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO     CA 94306<br>Caller: Douglas Smith<br>3:19-cv-07470-WHO<br>REGENTS OF THE UNIVERSITY OF MICHIGAN<br>SUBPOENA TO TESTIFY AT A DEPOSITION<br><br>Signed: Debra Rinker, Clerk of | THE UNIVERSITY OF VIRGINIA, C/O CLI<br>1827 UNIVERSITY AVENUE<br>CHARLOTTESVILLE  VA 22902<br><br>SERVE ASAP, C/O CLIF<br>TON M. ILER<br><br>Ref: 9000644.00006 | Base Chg  : 309.25<br>PDF/Ship  :  18.07<br>Misc      :  16.36-<br>Adv/Wit Ck:  43.00 | 353.96 |

Continued

**INVOICE PAYMENT DUE UPON RECEIPT**

**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

**INVOICE**

| Invoice No. | Customer No. |
|---|---|
| 70045913 | 87026 |
| **Invoice Date** | **Total Due** |
| 8/31/24 | 5,698.68 |

TAX ID# 99-3169047

Arnold & Porter | Kaye Scholer
3000 EL CAMINO REAL
FIVE PALO ALTO SQUARE, STE 500
PALO ALTO, CA 94306

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 87026 | 70045913 | 8/31/24 | 5,698.68 | 2 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | | Total |
|---|---|---|---|---|---|---|---|---|
| 8/20/24 | 9120397 | BSD | Arnold & Porter | Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO    CA 94306<br>Caller: Douglas Smith<br>3:19-cv-07470-WHO<br>REGENTS OF THE UNIVERSITY OF MICHIGAN<br>SUBPOENA TO TESTIFY AT A DEPOSITION<br><br>Signed: MAKAYLA TARANGO, UCSF | UNIVERSITY OF CALIFORNIA AT LOS ANG<br>1111 FRANKLIN STREET<br>OAKLAND    CA 94607<br><br>SERVE ASAP<br>ADVANCE FEES<br>$40.00<br><br>Ref: 9000644.00006 | | Base Chg : 127.75<br>PDF/Ship : 18.07<br>Misc : 7.87<br>Fuel Chg : 11.50<br>Adv/Wit Ck: 40.00 | | 189.45 |
| PROCESS-BRANCH SAME DAY | | | | | | | | |
| 8/20/24 | 9120398 | FSP | Arnold & Porter | Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO    CA 94306<br>Caller: Douglas Smith<br>3:19-cv-07470-WHO<br>REGENTS OF THE UNIVERSITY OF MICHIGAN<br>SUBPOENA TO TESTIFY AT A DEPOSITION<br><br>Signed: Amy Ryan, Program Mana | 50 Washington Street<br>West borough    MA 01581<br><br>SERVE ASAP, C/O DAVI<br>D LOWY<br><br>Ref: 9000644.00006 | | Base Chg : 309.25<br>PDF/Ship : 18.07<br>Misc : 16.36<br>Adv/Wit Ck: 41.00 | | 351.96 |
| PROCESS-FORWARD SAME DAY | | | | | | | | |
| 8/20/24 | 9120399 | FSP | Arnold & Porter | Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO    CA 94306<br>Caller: Douglas Smith<br>3:19-cv-07470-WHO<br>REGENTS OF THE UNIVERSITY OF MICHIGAN<br>SUBPOENA TO TESTIFY AT A DEPOSITION<br><br>Signed: Harriet Cooper, Parale | YALE UNIVERSITY<br>2 WHITNEY AVENUE<br>NEW HAVEN    CT 06510<br><br>SERVE ASAP<br>v. LEICA MIC<br><br>Ref: 9000644.00006 | | Base Chg : 309.25<br>PDF/Ship : 18.07<br>Misc : 16.36<br>Adv/Wit Ck: 149.00 | | 459.96 |
| PROCESS-FORWARD SAME DAY | | | | | | | | |
| 8/20/24 | 9120401 | FSP | Arnold & Porter | Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO    CA 94306<br>Caller: Douglas Smith<br>3:19-cv-07470-WHO<br>REGENTS OF THE UNIVERSITY OF MICHIGAN<br>SUBPOENA TO TESTIFY AT A DEPOSITION<br><br>Signed: Ashley Scallion, Legal | DUKE UNIVERSITY, C/O PAMELA J. BERN<br>310 BLACKWELL STREET<br>DURHAM    NC 22713<br><br>SERVE ASAP, C/O PAME<br>LA J. BERNARD<br><br>Ref: 9000644.00006 | | Base Chg : 309.25<br>PDF/Ship : 18.07<br>Misc : 16.36<br>Adv/Wit Ck: 43.00 | | 353.96 |
| PROCESS-FORWARD SAME DAY | | | | | | | | |
| 8/20/24 | 9120402 | FSP | Arnold & Porter | Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO    CA 94306<br>Caller: Douglas Smith<br>3:19-cv-07470-WHO<br>REGENTS OF THE UNIVERSITY OF MICHIGAN<br>SUBPOENA TO TESTIFY AT A DEPOSITION<br><br>Signed: David Lawson, Employee | FRED HUTCHINSON CANCER CENTER<br>1420 5TH AVENUE<br>SEATTLE    WA 98101<br><br>SERVE ASAP<br>v. LEICA MIC<br><br>Ref: 9000644.00006 | | Base Chg : 309.25<br>PDF/Ship : 18.07<br>Misc : 16.36<br>Adv/Wit Ck: 42.00 | | 352.96 |
| PROCESS-FORWARD SAME DAY | | | | | | | | |

Continued

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 99-3169047

| Invoice No. | Customer No. |
|---|---|
| 70045913 | 87026 |
| **Invoice Date** | **Total Due** |
| 8/31/24 | 5,698.68 |

Arnold & Porter | Kaye Scholer
3000 EL CAMINO REAL
FIVE PALO ALTO SQUARE, STE 500
PALO ALTO, CA 94306

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 87026 | 70045913 | 8/31/24 | 5,698.68 | 3 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 8/20/24 | 9120403 | FSP | Arnold & Porter \| Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO        CA 94306<br>Caller: Douglas Smith<br>3:19-cv-07470-WHO<br>REGENTS OF THE UNIVERSITY OF MICHIGAN<br>SUBPOENA TO TESTIFY AT A DEPOSITION<br><br>Signed: Kenya Santillan, autho | JAN & DAN DUNCAN NEUROLOGICAL RESEA<br>1501 SOUTH MOPAC EXPRESSWAY<br>AUSTIN        TX 78746<br><br>SERVE ASAP<br>v. LEICA MIC<br><br>Ref: 9000644.00006 | Base Chg  :<br>PDF/Ship  :<br>Misc      :<br>Adv/Wit Ck: | 309.25<br>18.07<br>16.36<br>40.00 | 350.96 |
| PROCESS-FORWARD SAME DAY | | | | | | | |
| 8/21/24 | 9120431 | FSP | Arnold & Porter \| Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO        CA 94306<br>Caller: Douglas Smith<br>3:19-cv-07470-WHO<br>REGENTS OF THE UNIVERSITY OF MICHIGAN<br>SUBPOENA TO TESTIFY AT A DEPOSITION<br><br>Signed: Kyerman "Doe", Employe | ICAHN SCHOOL OF MEDICINE AT MOUNT S<br>1468 Madison Avenue<br>NEW YORK        NY 10022<br><br>SERVE ASAP, C/O BETH<br>ESSIG<br><br>Ref: 9000644.00006 | Base Chg  :<br>PDF/Ship  :<br>Misc      :<br>Adv/Wit Ck: | 309.25<br>18.07<br>16.36<br>42.00 | 352.96 |
| PROCESS-FORWARD SAME DAY | | | | | | | |
| 8/21/24 | 9120441 | BSD | Arnold & Porter \| Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO        CA 94306<br>Caller: Douglas Smith<br>3:19-cv-07470-WHO<br>REGENTS OF THE UNIVERSITY OF MICHIGAN<br>SUBPOENA TO TESTIFY AT A DEPOSITION<br><br>Signed: Asia Najera, executive | UC SAN DIEGO SCHOOL OF MEDICINE, C/<br>6333 Greenwich Drive<br>SAN DIEGO        CA 92122<br><br>SERVE ASAP, C/O DANI<br>EL PARK<br><br>Ref: 9000644.00006 | Base Chg  :<br>PDF/Ship  :<br>Misc      :<br>Fuel Chg  : | 156.00<br>18.07<br>9.40<br>14.04 | 178.71 |
| PROCESS-BRANCH SAME DAY | | | | | | | |
| 8/23/24 | 9120485 | FSP | Arnold & Porter \| Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO        CA 94306<br>Caller: Sherri Mills<br>21-CV-11057-MJJ<br><br>SUB<br><br>Signed: Mary Steil, Paralegal, | BLUE CROSS BLUE SHIELD ASSOCIATION<br>200 EAST RANDOLPH STREET<br>CHICAGO        IL 60601<br><br><br>SERVE TODAY<br><br>Ref: AMITIZA ANTITRUST | Base Chg  :<br>PDF/Ship  :<br>Misc      : | 309.25<br>83.40<br>19.63 | 373.02 |
| PROCESS-FORWARD SAME DAY | | | | | | | |
| 8/28/24 | 9120626 | FSP | Arnold & Porter \| Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO        CA 94306<br>Caller: Sherri Mills<br>3:19-cv-07470-WHO<br>REGENTS OF THE UNIVERSITY OF MICHIGAN<br>SUBPOENA TO TESTIFY AT A DEPOSITION<br><br>Signed: Emily Hall, Paralegal, | UNIVERSITY OF NORTH CAROLINA, C/O G<br>123 WEST FRANKLIN STREET<br>CHAPEL HILL        NC 27516<br><br>SERVE ASAP C/O GENER<br>AL COUNSEL, CHARLES<br>MARSHALL<br><br>Ref: 1107291.00002 | Base Chg  :<br>PDF/Ship  :<br>Misc      :<br>Adv/Wit Ck: | 309.25<br>18.07<br>16.36<br>58.00 | 368.96 |
| PROCESS-FORWARD SAME DAY | | | | | | | |

Continued

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 99-3169047

| Invoice No. | Customer No. |
|---|---|
| 70045913 | 87026 |
| **Invoice Date** | **Total Due** |
| 8/31/24 | 5,698.68 |

Arnold & Porter | Kaye Scholer
3000 EL CAMINO REAL
FIVE PALO ALTO SQUARE, STE 500
PALO ALTO, CA 94306

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 87026 | 70045913 | 8/31/24 | 5,698.68 | 4 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 8/28/24 | 9120627 | FSP | Arnold & Porter | Kaye Scholer      HARVARD UNIVERSITY, C/O OFFICE OF G | | Base Chg : | 309.25 | |
| PROCESS-FORWARD SAME DAY | | | 3000 EL CAMINO REAL                       1350 MASSACHUSETTS AVENUE | | PDF/Ship : | 18.07 | |
| | | | PALO ALTO      CA 94306                   CAMBRIDGE       MA 02138 | | Misc     : | 16.36 | |
| | | | Caller: Sherri Mills | | Adv/Wit Ck: | 41.00 | 351.96 |
| | | | 3:19-cv-07470-WHO                         SERVE ASAP C/O GENER | | | | |
| | | | REGENTS OF THE UNIVERSITY OF MICHIGAN AL COUNSEL, | | | | |
| | | | SUBPOENA TO TESTIFY AT A DEPOSITION | | | | |
| | | | Signed: Bill Meyer, Paralegal        Ref: 1107291.00002 | | | | |

```
                    Invoice Amount:    4,797.68
                    Fees Advanced:       901.00
                 Total  Amount Due:    5,698.68
```

Total   5,698.68

## INVOICE PAYMENT DUE UPON RECEIPT

# EXHIBIT A2



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 70046385 | 87026 |
| **Invoice Date** | **Total Due** |
| 9/30/24 | 681.48 |
| | |
| | |
| | |

TAX ID# 99-3169047

Arnold & Porter | Kaye Scholer
3000 EL CAMINO REAL
FIVE PALO ALTO SQUARE, STE 500
PALO ALTO, CA 94306

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 87026 | 70046385 | 9/30/24 | 681.48 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 9/05/24 E-FILING | 9120835 | EFL | Arnold & Porter \| Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO          CA 94306<br>Caller: Dianne Meek<br>24CV433059<br>Exelixis, Inc. v. Iconic Therapeutics, Inc., et al<br>JOINT STATUS UPDATE<br><br>Signed: Accepted | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE          CA 95113<br><br>FILE/CONFORM/RETURN<br><br><br>Ref: 0027748.00019 | Base Chg :<br>Addt'lChgs:<br>Misc      : | 37.95<br>5.80<br>2.19- | 41.56 |
| 9/05/24 PROCESS-FORWARD SAME DAY | 9120858 | FSP | Arnold & Porter \| Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO          CA 94306<br>Caller: Sherri Mills<br>3:19-cv-07470-WHO<br>REGENTS OF THE UNIVERSITY OF MICHIGAN<br>SUBPOENA TO TESTIFY AT A DEPOSITION<br><br>Signed: Gerard St. Ours, Gener | JOHN HOPKINS UNIVERISTY, C/O PAUL P<br>3400 NORTH CHARLES STREET<br>BALTIMORE          MD 21218<br><br>SERVE ASAP, NEEDS TO<br>BE DONE BY COB TOMO<br>RROW<br><br>Ref: 1107291.00002 | Base Chg :<br>PDF/Ship  :<br>Misc      :<br>Adv/Wit Ck: | 309.25<br>18.07<br>16.36-<br>46.00 | 356.96 |
| 9/13/24 PROCESS-SAME DAY | 9121093 | SDP | Arnold & Porter \| Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO          CA 94306<br>Caller: Douglas Smith<br>6:23-cv-00264<br>ACQIS V. HON HI PRECISION<br>SUBPOENA<br><br>Signed: KUANCHANG LEE, REGISTE | NEX COMPUTER, INC<br>46665 FREMONT BLVD<br>FREMONT          CA 94538<br><br>SERVE ASAP TODAY<br><br><br>Ref: 1107322.00002 | Base Chg :<br>PDF/Ship  :<br>Misc      :<br>Fuel Chg  : | 177.25<br>28.00<br>11.06-<br>15.95 | 210.14 |
| 9/13/24 PROCESS-SAME DAY | 9121095 | SDP | Arnold & Porter \| Kaye Scholer<br>3000 EL CAMINO REAL<br>PALO ALTO          CA 94306<br>Caller: Douglas Smith<br>6:23-cv-00265<br>ACQIS V. QUANTA COMPUTER, INC<br>SUBPOENA<br><br>Signed: KUANCHANG LEE, REGISTE | NEX COMPUTERS, INC<br>46665 FREMONT BLVD<br>FREMONT          CA 94538<br>Comment: RELATED PROCESS<br>SERVE ASAP TODAY<br><br><br>Ref: 1107322.00003 | Base Chg :<br>PDF/Ship  :<br>Misc      : | 47.25<br>29.40<br>3.83- | 72.82 |

```
                              Invoice Amount:     635.48
                              Fees Advanced:       46.00
                              Total  Amount Due:  681.48
```

**Total**  681.48

# INVOICE PAYMENT DUE UPON RECEIPT