# EXHIBITS
# C1 – C36

# EXHIBIT C1



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 722192 | 12/30/2024 | 562860 |

| Job Date | Case No. |
|---|---|
| 12/17/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

---

TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Dr. Ammasi Periasamy, Designated Representative | 126.00  Pages | 623.70 |
| Realtime Over the Internet Setup Fee | 1.00 | 175.00 |
| Realtime Over Internet | 93.00  Pages | 232.50 |
| Rough ASCII | 93.00  Pages | 181.35 |
| Exhibits | 140.00  Pages | 77.00 |
| Load File (LEF | XMEF | PTZ | SBF) | 1.00  Files | 175.00 |
| Processing Fee | 1.00 | 49.00 |
| **TOTAL DUE  >>>** | | **$1,513.55** |
| AFTER 1/29/2025  PAY | | $1,589.23 |

Ordered by      : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
                Arnold & Porter (Palo Alto)
                3000 El Camino Real
                Five Palo Alto Square, Suite 500
                Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 722192
Invoice Date  : 12/30/2024
**Total Due**    : **$1,513.55**
AFTER 1/29/2025  PAY  $1,589.23

Remit To:  **Planet Depos, LLC**
           **P.O. BOX 791571**
           **Baltimore, MD 21279-1571**

Job No.    : 562860
BU ID      : *41-NoCal
Case No.   : 3:19-CV-07470-WHO
Case Name  : The Regents of the University of Michigan -
             v- Leica Microsystems Inc.

# INVOICE

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 722192 | 12/30/2024 | 562860 |
| **Job Date** | **Case No.** | |
| 12/17/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 722192
Invoice Date  : 12/30/2024
**Total Due**     : **$1,513.55**
AFTER 1/29/2025  PAY  $1,589.23

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.     : 562860
BU ID       : *41-NoCal
Case No.    : 3:19-CV-07470-WHO
Case Name   : The Regents of the University of Michigan -
              v- Leica Microsystems Inc.

# EXHIBIT C2

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 722193 | 12/30/2024 | 562860 |

| Job Date | Case No. |
|---|---|
| 12/17/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Dr. Ammasi Periasamy, Designated Representative - VIDEO

| | | | |
|---|---|---|---|
| Digital Video File(s) - First Set | 1.00 | Files | 225.00 |
| Synchronization | 2.00 | Hours | 100.00 |
| Video Upload/Archive | 1.00 | | 49.00 |
| | **TOTAL DUE  >>>** | | **$374.00** |
| | AFTER 1/29/2025  PAY | | $392.70 |

Ordered by     : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.    : 722193
Invoice Date  : 12/30/2024
**Total Due**     : **$374.00**
AFTER 1/29/2025  PAY  $392.70

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.     : 562860
BU ID       : *41-NoCal
Case No.    : 3:19-CV-07470-WHO
Case Name  : The Regents of the University of Michigan -
                    v- Leica Microsystems Inc.

# EXHIBIT C3



# Invoice

#20096702

**Arnold & Porter**
Sherri Mills
Five Palo Alto Square, Suite 500
3000 El Camino Real
Palo Alto CA 94306
United States

| Service Date |
|---|
| 11/13/2024 |

| Case Caption | Witness | Terms | Invoice Date | Due Date | Tax ID # |
|---|---|---|---|---|---|
| University of Michigan v. Leica | Bryce Pilz | Net 30 | 11/25/2024 | 12/25/2024 | 31-1763752 |

| Description | Amount |
|---|---|
| Appearance - Remote | $200.00 |
| Exhibits - Electronic | $164.50 |
| Hot Seater | $825.00 |
| Med/Tech/Video/Int Surcharge (Multiple) | $60.30 |
| Original | $924.60 |
| Realtime & Rough Ascii Combo | $904.50 |
| Realtime Connection | $125.00 |
| Remote Video and Exhibit Presentation Tools | $100.00 |

| | |
|---|---|
| **Subtotal** | $3,303.90 |
| **Payments/Credits** | $0.00 |
| **Amount Due** | $3,303.90 |

Thank you for choosing DEG!

We accept Credit Card payments and do not charge any processing fees. Contact ACCT@DEGLIT.COM to pay with a credit card. If you have any questions or concerns please call 202-494-0625

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.deglit.com.

**Tax ID:** 31-1763752

**Remit to:** Digital Evidence Group C/O
Huseby Global Litigation
P.O. Box 6180
Hermitage, PA 16148-0922





CORPORATE HEADQUARTERS
1730 M STREET NW | SUITE 812 | WASHINGTON, DC 20036

# Invoice

#20096702



20096702

# EXHIBIT C4

# I N V O I C E

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 711690 | 11/13/2024 | 559040 |

| Job Date | Case No. |
|---|---|
| 11/1/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Giulia Ossato, Ph.D. | 258.00 | Pages | 1,277.10 |
| Realtime Over Internet | 199.00 | Pages | 497.50 |
| Rough ASCII | 199.00 | Pages | 388.05 |
| Exhibits | 515.00 | Pages | 283.25 |
| Load File (LEF \| XMEF \| PTZ \| SBF) | 1.00 | Files | 175.00 |
| Planet Summary | 1.00 | | 95.00 |
| Processing Fee | 1.00 | | 49.00 |

**TOTAL DUE  >>>**                    **$2,764.90**
AFTER 12/13/2024  PAY              $2,903.15

Ordered by    : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.    : 711690
Invoice Date  : 11/13/2024
**Total Due**    : **$2,764.90**
AFTER 12/13/2024  PAY  $2,903.15

Remit To:  **Planet Depos, LLC
P.O. BOX 791571
Baltimore, MD 21279-1571**

Job No.      : 559040
BU ID        : *41-NoCal
Case No.     : 3:19-CV-07470-WHO
Case Name  : The Regents of the University of Michigan -
                    v- Leica Microsystems Inc.

# INVOICE

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 711690 | 11/13/2024 | 559040 |
| **Job Date** | **Case No.** | |
| 11/1/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 711690
Invoice Date  : 11/13/2024
**Total Due**     : **$2,764.90**
AFTER 12/13/2024  PAY  $2,903.15

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.    : 559040
BU ID      : *41-NoCal
Case No.   : 3:19-CV-07470-WHO
Case Name  : The Regents of the University of Michigan -
             v- Leica Microsystems Inc.

# EXHIBIT C5



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 711691 | 11/13/2024 | 559040 |

| Job Date | Case No. |
|---|---|
| 11/1/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Giulia Ossato, Ph.D. - VIDEO

| | | | |
|---|---|---|---|
| Digital Video File(s) - First Set | 3.00 | Files | 675.00 |
| Synchronization | 8.00 | Hours | 400.00 |
| Video Upload/Archive | 1.00 | | 49.00 |
| | **TOTAL DUE  >>>** | | **$1,124.00** |
| | AFTER 12/13/2024  PAY | | $1,180.20 |

Ordered by    : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

| | |
|---|---|
| Invoice No. | : 711691 |
| Invoice Date | : 11/13/2024 |
| **Total Due** | **: $1,124.00** |
| AFTER 12/13/2024  PAY | $1,180.20 |

Remit To:  **Planet Depos, LLC
P.O. BOX 791571
Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 559040 |
| BU ID | : *41-NoCal |
| Case No. | : 3:19-CV-07470-WHO |
| Case Name | : The Regents of the University of Michigan -v- Leica Microsystems Inc. |

# EXHIBIT C6

# INVOICE

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714614 | 11/26/2024 | 560580 |

| Job Date | Case No. |
|---|---|
| 11/13/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Dr. Holger Birk, Individually and as Designated Representative | 126.00 | Pages | 623.70 |
| Realtime | 90.00 | Pages | 225.00 |
| Additional Realtime Hook-up fee | 90.00 | | 225.00 |
| Rough ASCII | 90.00 | Pages | 202.50 |
| Exhibits | 102.00 | Pages | 56.10 |
| Load File (LEF \| XMEF \| PTZ \| SBF) | 1.00 | Files | 175.00 |
| Processing Fee | 1.00 | | 49.00 |

**TOTAL DUE >>>**     **$1,556.30**
AFTER 12/26/2024  PAY     $1,634.12

Ordered by    : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 714614
Invoice Date   : 11/26/2024
**Total Due**   : **$1,556.30**
AFTER 12/26/2024  PAY  $1,634.12

Remit To: **Planet Depos - International**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.     : 560580
BU ID     : *70-EURO
Case No.     : 3:19-CV-07470-WHO
Case Name     : The Regents of the University of Michigan - v- Leica Microsystems Inc.

# INVOICE

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714614 | 11/26/2024 | 560580 |
| **Job Date** | **Case No.** | |
| 11/13/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.     : 714614
Invoice Date   : 11/26/2024
**Total Due**      : **$1,556.30**
AFTER 12/26/2024  PAY  $1,634.12

Remit To: **Planet Depos - International**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.        : 560580
BU ID          : *70-EURO
Case No.       : 3:19-CV-07470-WHO
Case Name   : The Regents of the University of Michigan -
v- Leica Microsystems Inc.

# EXHIBIT C7

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714615 | 11/26/2024 | 560580 |

| Job Date | Case No. | |
|---|---|---|
| 11/13/2024 | 3:19-CV-07470-WHO | |

| Client and Case Name | | |
|---|---|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Client:

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Dr. Holger Birk, Individually and as Designated Representative - VIDEO

| | | |
|---|---|---|
| Digital Video File(s) - First Set | 3.00 Files | 675.00 |
| Synchronization | 6.50 Hours | 617.50 |
| Video Upload/Archive | 1.00 | 49.00 |
| **TOTAL DUE  >>>** | | **$1,341.50** |
| AFTER 12/26/2024  PAY | | $1,408.58 |

Ordered by    : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

| | |
|---|---|
| Invoice No. | : 714615 |
| Invoice Date | : 11/26/2024 |
| **Total Due** | **: $1,341.50** |
| AFTER 12/26/2024  PAY  $1,408.58 | |

Remit To: **Planet Depos - International**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 560580 |
| BU ID | : *70-EURO |
| Case No. | : 3:19-CV-07470-WHO |
| Case Name | : The Regents of the University of Michigan -v- Leica Microsystems Inc. |

# EXHIBIT C8

# I N V O I C E

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714980 | 11/27/2024 | 560581 |

| Job Date | Case No. | |
|---|---|---|
| 11/14/2024 | 3:19-CV-07470-WHO | |

| Client and Case Name | | |
|---|---|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Dr. Holger Birk, Individually and as Designated Representative, Volume 2 | 119.00 | Pages | 589.05 |
| Realtime Over Internet | 84.00 | Pages | 210.00 |
| Additional Realtime Hook-up fee | 84.00 | | 210.00 |
| Rough ASCII | 84.00 | Pages | 189.00 |
| Exhibits | 233.00 | Pages | 128.15 |
| Load File (LEF \| XMEF \| PTZ \| SBF) | 1.00 | Files | 175.00 |
| Processing Fee | 1.00 | | 49.00 |
| | **TOTAL DUE  >>>** | | **$1,550.20** |
| | AFTER 12/27/2024  PAY | | $1,627.71 |

Ordered by     : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.    : 714980
Invoice Date  : 11/27/2024
**Total Due**    : **$1,550.20**
AFTER 12/27/2024  PAY  $1,627.71

Remit To:  **Planet Depos - International**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.        : 560581
BU ID          : *70-EURO
Case No.       : 3:19-CV-07470-WHO
Case Name      : The Regents of the University of Michigan -
                 v- Leica Microsystems Inc.

# I N V O I C E

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714980 | 11/27/2024 | 560581 |
| **Job Date** | **Case No.** | |
| 11/14/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be
responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 714980
Invoice Date  : 11/27/2024
**Total Due**     : **$1,550.20**
AFTER 12/27/2024  PAY  $1,627.71

Remit To:  **Planet Depos - International**
           **P.O. BOX 791571**
           **Baltimore, MD 21279-1571**

Job No.    : 560581
BU ID      : *70-EURO
Case No.   : 3:19-CV-07470-WHO
Case Name  : The Regents of the University of Michigan -
             v- Leica Microsystems Inc.

# EXHIBIT C9

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714982 | 11/27/2024 | 560581 |

| Job Date | Case No. | |
|---|---|---|
| 11/14/2024 | 3:19-CV-07470-WHO | |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
  Dr. Holger Birk, Individually and as Designated Representative, Volume 2
  - VIDEO

| | | |
|---|---|---|
| Digital Video File(s) - First Set | 3.00  Files | 675.00 |
| Synchronization | 7.00  Hours | 665.00 |
| Video Upload/Archive | 1.00 | 49.00 |
| **TOTAL DUE  >>>** | | **$1,389.00** |
| AFTER 12/27/2024  PAY | | $1,458.45 |

Ordered by    : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
              Arnold & Porter (Palo Alto)
              3000 El Camino Real
              Five Palo Alto Square, Suite 500
              Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 714982
Invoice Date  : 11/27/2024
**Total Due**    : **$1,389.00**
AFTER 12/27/2024  PAY  $1,458.45

Remit To: **Planet Depos - International**
          **P.O. BOX 791571**
          **Baltimore, MD 21279-1571**

Job No.    : 560581
BU ID      : *70-EURO
Case No.   : 3:19-CV-07470-WHO
Case Name  : The Regents of the University of Michigan -
             v- Leica Microsystems Inc.

# EXHIBIT C10



# Invoice

#### #20096438

**Arnold & Porter**
Sherri Mills
Five Palo Alto Square, Suite 500
3000 El Camino Real
Palo Alto CA 94306
United States

| Service Date |
|---|
| 11/15/2024 |

| Case Caption | Witness | Terms | Invoice Date | Due Date | Tax ID # |
|---|---|---|---|---|---|
| University of Michigan v. Leica | Dr. James Baker, Jr. | Net 30 | 11/22/2024 | 12/22/2024 | 31-1763752 |

| Description | Amount |
|---|---|
| Appearance - Remote | $200.00 |
| Exhibits - Electronic | $67.25 |
| Hot Seater | $1,155.00 |
| Med/Tech/Video/Int Surcharge (Multiple) | $101.40 |
| Original | $1,554.80 |
| Realtime & Rough Ascii Combo | $1,521.00 |
| Realtime Connection | $125.00 |
| Remote Video and Exhibit Presentation Tools | $100.00 |

| | |
|---|---|
| **Subtotal** | $4,824.45 |
| **Payments/Credits** | $0.00 |
| **Amount Due** | $4,824.45 |

Thank you for choosing DEG!

We accept Credit Card payments and do not charge any processing fees. Contact ACCT@DEGLIT.COM to pay with a credit card. If you have any questions or concerns please call 202-494-0625

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.deglit.com.

**Tax ID:** 31-1763752

**Remit to:** Digital Evidence Group C/O
Huseby Global Litigation
P.O. Box 6180
Hermitage, PA 16148-0922


20096438



CORPORATE HEADQUARTERS
1730 M STREET NW | SUITE 812 | WASHINGTON, DC 20036

# Invoice

#20096438



20096438

# EXHIBIT C11

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714604 | 11/27/2024 | 561307 |

| Job Date | Case No. | |
|---|---|---|
| 11/13/2024 | 3:19-CV-07470-WHO | |

| Client and Case Name | | |
|---|---|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

---

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Joerg Nikolaus, Ph.D. | 105.00 | Pages | 519.75 |
| Rough ASCII | 79.00 | Pages | 154.05 |
| Exhibits | 20.00 | Pages | 11.00 |
| Load File (LEF \| XMEF \| PTZ \| SBF) | 1.00 | Files | 175.00 |
| Processing Fee | 1.00 | | 49.00 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$908.80** |
| AFTER 12/27/2024  PAY | $954.24 |

Ordered by     : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

| | |
|---|---|
| Invoice No. | : 714604 |
| Invoice Date | : 11/27/2024 |
| **Total Due** | **: $908.80** |
| AFTER 12/27/2024  PAY | $954.24 |

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 561307 |
| BU ID | : *41-NoCal |
| Case No. | : 3:19-CV-07470-WHO |
| Case Name | : The Regents of the University of Michigan -v- Leica Microsystems Inc. |

# EXHIBIT C12

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714605 | 11/27/2024 | 561307 |
| **Job Date** | **Case No.** | |
| 11/13/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
  Joerg Nikolaus, Ph.D. - VIDEO

| | | |
|---|---|---|
| Digital Video File(s) - First Set | 1.00   Files | 225.00 |
| Synchronization | 2.00   Hours | 100.00 |
| Video Upload/Archive | 1.00 | 49.00 |
| **TOTAL DUE  >>>** | | **$374.00** |
| AFTER 12/27/2024  PAY | | $392.70 |

Ordered by    : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
               Arnold & Porter (Palo Alto)
               3000 El Camino Real
               Five Palo Alto Square, Suite 500
               Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.    : 714605
Invoice Date  : 11/27/2024
**Total Due**     : **$374.00**
AFTER 12/27/2024  PAY  $392.70

Remit To:  **Planet Depos, LLC
           P.O. BOX 791571
           Baltimore, MD 21279-1571**

Job No.     : 561307
BU ID       : *41-NoCal
Case No.    : 3:19-CV-07470-WHO
Case Name   : The Regents of the University of Michigan -
              v- Leica Microsystems Inc.

# EXHIBIT C13

# INVOICE

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 712176 | 11/18/2024 | 560526 |

| Job Date | Case No. | |
|---|---|---|
| 11/8/2024 | 3:19-CV-07470-WHO | |

| Client and Case Name | | |
|---|---|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Client:

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Dr. Kevin Edwards | 141.00 | Pages | 1,184.40 |
| Realtime Over the Internet Setup Fee | 1.00 | | 175.00 |
| Realtime Over Internet | 100.00 | Pages | 250.00 |
| Rough ASCII | 100.00 | Pages | 195.00 |
| Exhibits | 299.00 | Pages | 164.45 |
| CD/USB/Video/Other Exhibits | 1.00 | | 50.00 |
| Load File (LEF \| XMEF \| PTZ \| SBF) | 1.00 | Files | 175.00 |
| Planet Summary | 1.00 | | 95.00 |
| Processing Fee | 1.00 | | 49.00 |

**TOTAL DUE  >>>**               **$2,337.85**
AFTER 12/18/2024  PAY            $2,454.74

Ordered by     : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 712176
Invoice Date  : 11/18/2024
**Total Due**    : **$2,337.85**
AFTER 12/18/2024  PAY  $2,454.74

Remit To:  **Planet Depos, LLC
P.O. BOX 791571
Baltimore, MD 21279-1571**

Job No.      : 560526
BU ID        : *41-NoCal
Case No.     : 3:19-CV-07470-WHO
Case Name    : The Regents of the University of Michigan -
v- Leica Microsystems Inc.

# I N V O I C E

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 712176 | 11/18/2024 | 560526 |
| **Job Date** | **Case No.** | |
| 11/8/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 712176
Invoice Date  : 11/18/2024
**Total Due**     : **$2,337.85**
AFTER 12/18/2024  PAY  $2,454.74

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.     : 560526
BU ID       : *41-NoCal
Case No.    : 3:19-CV-07470-WHO
Case Name   : The Regents of the University of Michigan -
v- Leica Microsystems Inc.

# EXHIBIT C14

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 712177 | 11/18/2024 | 560526 |

| Job Date | Case No. |
|---|---|
| 11/8/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Dr. Kevin Edwards - VIDEO

| | | | |
|---|---|---|---|
| Digital Video File(s) - First Set | 2.00 | Files | 450.00 |
| Synchronization | 3.00 | Hours | 150.00 |
| Video Upload/Archive | 1.00 | | 49.00 |
| **TOTAL DUE  >>>** | | | **$649.00** |
| AFTER 12/18/2024  PAY | | | $681.45 |

Ordered by   : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 712177
Invoice Date  : 11/18/2024
**Total Due**    : **$649.00**
AFTER 12/18/2024  PAY  $681.45

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.     : 560526
BU ID       : *41-NoCal
Case No.    : 3:19-CV-07470-WHO
Case Name   : The Regents of the University of Michigan -
              v- Leica Microsystems Inc.

# EXHIBIT C15

# INVOICE

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 715137 | 12/3/2024 | 561538 |

| Job Date | Case No. |
|---|---|
| 11/15/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

| | | | |
|---|---|---|---|
| TRANSCRIPT WITH INDEX OF: | | | |
| Nikolaos Tzavaras, Ph.D., Designated Representative | 111.00 | Pages | 549.45 |
| TRANSCRIPT WITH INDEX OF: | | | |
| Lena Kumba Schroeder, Ph.D., Designated Representative | 92.00 | Pages | 455.40 |
| Realtime Over Internet | 143.00 | Pages | 357.50 |
| Rough ASCII | 143.00 | Pages | 278.85 |
| Exhibits | 269.00 | Pages | 147.95 |
| Load File (LEF \| XMEF \| PTZ \| SBF) | 2.00 | Files | 350.00 |
| Processing Fee | 1.00 | | 49.00 |

**TOTAL DUE  >>>**            **$2,188.15**
AFTER 1/2/2025  PAY              $2,297.56

Ordered by     : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
                 Arnold & Porter (Palo Alto)
                 3000 El Camino Real
                 Five Palo Alto Square, Suite 500
                 Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 715137
Invoice Date  : 12/3/2024
**Total Due**     : **$2,188.15**
AFTER 1/2/2025  PAY  $2,297.56

Remit To:  **Planet Depos, LLC**
           **P.O. BOX 791571**
           **Baltimore, MD 21279-1571**

Job No.    : 561538
BU ID      : *41-NoCal
Case No.   : 3:19-CV-07470-WHO
Case Name  : The Regents of the University of Michigan -
             v- Leica Microsystems Inc.

# INVOICE

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 715137 | 12/3/2024 | 561538 |

| Job Date | Case No. |
|---|---|
| 11/15/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 715137
Invoice Date  : 12/3/2024
**Total Due**    : **$2,188.15**
AFTER 1/2/2025  PAY  $2,297.56

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.    : 561538
BU ID      : *41-NoCal
Case No.   : 3:19-CV-07470-WHO
Case Name  : The Regents of the University of Michigan -
               v- Leica Microsystems Inc.

# EXHIBIT C16

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 715138 | 12/3/2024 | 561538 |
| **Job Date** | **Case No.** | |
| 11/15/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

---

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
    Nikolaos Tzavaras, Ph.D., Designated Representative - VIDEO
VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
    Lena Kumba Schroeder, Ph.D., Designated Representative - VIDEO

| | | |
|---|---|---|
| Digital Video File(s) - First Set | 2.00   Files | 450.00 |
| Synchronization | 4.00   Hours | 200.00 |
| Video Upload/Archive | 1.00 | 49.00 |
| **TOTAL DUE  >>>** | | **$699.00** |
| AFTER 1/2/2025  PAY | | $733.95 |

Ordered by    : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
                    Arnold & Porter (Palo Alto)
                    3000 El Camino Real
                    Five Palo Alto Square, Suite 500
                    Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

---

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

| | |
|---|---|
| Invoice No. | : 715138 |
| Invoice Date | : 12/3/2024 |
| **Total Due** | : **$699.00** |
| AFTER 1/2/2025  PAY  $733.95 | |

Remit To:  **Planet Depos, LLC**
                **P.O. BOX 791571**
                **Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 561538 |
| BU ID | : *41-NoCal |
| Case No. | : 3:19-CV-07470-WHO |
| Case Name | : The Regents of the University of Michigan - -v- Leica Microsystems Inc. |

# EXHIBIT C17

# I N V O I C E

1 of 2

**Planet Depos**
We Make It *Happen*™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 713868 | 11/26/2024 | 560578 |

| Job Date | Case No. |
|---|---|
| 11/11/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Dr. Manuel Kremer, Individually and as Designated Representative | 162.00 | Pages | 801.90 |
| Realtime Over Internet | 119.00 | Pages | 297.50 |
| Additional Realtime Hook-up fee | 119.00 | | 297.50 |
| Rough ASCII | 119.00 | Pages | 267.75 |
| Exhibits | 196.00 | Pages | 107.80 |
| CD/USB/Video/Other Exhibits | 1.00 | | 50.00 |
| Load File (LEF | XMEF | PTZ | SBF) | 1.00 | Files | 175.00 |
| Planet Summary | 1.00 | | 95.00 |
| Processing Fee | 1.00 | | 49.00 |

**TOTAL DUE  >>>**      **$2,141.45**
AFTER 12/26/2024  PAY      $2,248.52

Ordered by    : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

| | |
|---|---|
| Invoice No. | : 713868 |
| Invoice Date | : 11/26/2024 |
| **Total Due** | : **$2,046.45** |

Remit To: **Planet Depos - International
P.O. BOX 791571
Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 560578 |
| BU ID | : *70-EURO |
| Case No. | : 3:19-CV-07470-WHO |
| Case Name | : The Regents of the University of Michigan -v- Leica Microsystems Inc. |

# INVOICE

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 713868 | 11/26/2024 | 560578 |
| **Job Date** | **Case No.** | |
| 11/11/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

| | |
|---|---|
| **(-) Payments/Credits:** | 95.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$2,046.45** |

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

| Invoice No. | : 713868 |
|---|---|
| Invoice Date | : 11/26/2024 |
| **Total Due** | : **$2,046.45** |

Remit To: **Planet Depos - International**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| Job No. | : 560578 |
|---|---|
| BU ID | : *70-EURO |
| Case No. | : 3:19-CV-07470-WHO |
| Case Name | : The Regents of the University of Michigan -v- Leica Microsystems Inc. |

# EXHIBIT C18

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 713869 | 11/26/2024 | 560578 |

| Job Date | Case No. |
|---|---|
| 11/11/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Dr. Manuel Kremer, Individually and as Designated Representative - VIDEO

| | | | |
|---|---|---|---|
| Digital Video File(s) - First Set | 3.00 | Files | 675.00 |
| Synchronization | 6.50 | Hours | 617.50 |
| Video Upload/Archive | 1.00 | | 49.00 |
| **TOTAL DUE  >>>** | | | **$1,341.50** |
| AFTER 12/26/2024  PAY | | | $1,408.58 |

Ordered by    : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.    : 713869
Invoice Date  : 11/26/2024
**Total Due**    : **$1,341.50**
AFTER 12/26/2024  PAY  $1,408.58

Remit To:  **Planet Depos - International**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.      : 560578
BU ID        : *70-EURO
Case No.     : 3:19-CV-07470-WHO
Case Name    : The Regents of the University of Michigan -
v- Leica Microsystems Inc.

# EXHIBIT C19

# I N V O I C E

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714229 | 11/26/2024 | 560579 |
| **Job Date** | **Case No.** | |
| 11/12/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Dr. Manuel Kremer, Individually and as Designated Representative, Volume 2 | 199.00 | Pages | 985.05 |
| Realtime Over Internet | 151.00 | Pages | 377.50 |
| Additional Realtime Hook-up fee | 151.00 | | 377.50 |
| Exhibits | 65.00 | Pages | 35.75 |
| CD/USB/Video/Other Exhibits | 1.00 | | 50.00 |
| Load File (LEF | XMEF | PTZ | SBF) | 1.00 | Files | 175.00 |
| Planet Summary | 1.00 | | 95.00 |
| Processing Fee | 1.00 | | 49.00 |
| **TOTAL DUE  >>>** | | | **$2,144.80** |
| AFTER 12/26/2024  PAY | | | $2,252.04 |

Ordered by     : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
                Arnold & Porter (Palo Alto)
                3000 El Camino Real
                Five Palo Alto Square, Suite 500
                Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.    : 714229
Invoice Date   : 11/26/2024
**Total Due**     : **$2,049.80**

Remit To:  **Planet Depos - International**
           **P.O. BOX 791571**
           **Baltimore, MD 21279-1571**

Job No.     : 560579
BU ID       : *70-EURO
Case No.    : 3:19-CV-07470-WHO
Case Name   : The Regents of the University of Michigan -
              v- Leica Microsystems Inc.

# **I N V O I C E**

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714229 | 11/26/2024 | 560579 |
| **Job Date** | **Case No.** | |
| 11/12/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

---

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

| | | |
|---|---|---|
| **(-) Payments/Credits:** | | 95.00 |
| **(+) Finance Charges/Debits:** | | 0.00 |
| **(=) New Balance:** | | **$2,049.80** |

---

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

| | | |
|---|---|---|
| Invoice No. | : | 714229 |
| Invoice Date | : | 11/26/2024 |
| **Total Due** | : | **$2,049.80** |

Remit To: **Planet Depos - International**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | | |
|---|---|---|
| Job No. | : | 560579 |
| BU ID | : | *70-EURO |
| Case No. | : | 3:19-CV-07470-WHO |
| Case Name | : | The Regents of the University of Michigan -v- Leica Microsystems Inc. |

# EXHIBIT C20

# I N V O I C E

1 of 1



**Planet Depos**
We Make It *Happen*™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714230 | 11/26/2024 | 560579 |
| **Job Date** | **Case No.** | |
| 11/12/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
   Dr. Manuel Kremer, Individually and as Designated Representative,
   Volume 2 - VIDEO

| | | | |
|---|---|---|---|
| Digital Video File(s) - First Set | 4.00 | Files | 900.00 |
| Synchronization | 8.00 | Hours | 760.00 |
| Video Upload/Archive | 1.00 | | 49.00 |
| **TOTAL DUE  >>>** | | | **$1,709.00** |
| AFTER 12/26/2024  PAY | | | $1,794.45 |

Ordered by     : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
                  Arnold & Porter (Palo Alto)
                  3000 El Camino Real
                  Five Palo Alto Square, Suite 500
                  Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 714230
Invoice Date  : 11/26/2024
**Total Due**     : **$1,709.00**
AFTER 12/26/2024  PAY  $1,794.45

Remit To: **Planet Depos - International**
          **P.O. BOX 791571**
          **Baltimore, MD 21279-1571**

Job No.     : 560579
BU ID       : *70-EURO
Case No.    : 3:19-CV-07470-WHO
Case Name   : The Regents of the University of Michigan -
               v- Leica Microsystems Inc.

# EXHIBIT C21

# I N V O I C E
1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 722517 | 1/2/2025 | 563866 |

| Job Date | Case No. |
|---|---|
| 12/19/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Dr. Paula Montero Llopis | 123.00 | Pages | 608.85 |
| Realtime Over the Internet Setup Fee | 1.00 | | 175.00 |
| Realtime Over Internet | 88.00 | Pages | 220.00 |
| Rough ASCII | 88.00 | Pages | 171.60 |
| Exhibits | 88.00 | Pages | 48.40 |
| Load File (LEF | XMEF | PTZ | SBF) | 1.00 | Files | 175.00 |
| Processing Fee | 1.00 | | 49.00 |
| | **TOTAL DUE   >>>** | | **$1,447.85** |
| | AFTER 2/1/2025  PAY | | $1,520.24 |

Ordered by    : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.    : 722517
Invoice Date  : 1/2/2025
**Total Due**     : **$1,447.85**
AFTER 2/1/2025  PAY  $1,520.24

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.    : 563866
BU ID       : *41-NoCal
Case No.   : 3:19-CV-07470-WHO
Case Name : The Regents of the University of Michigan -v- Leica Microsystems Inc.

# INVOICE

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 722517 | 1/2/2025 | 563866 |
| **Job Date** | **Case No.** | |
| 12/19/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

| | |
|---|---|
| Invoice No. | : 722517 |
| Invoice Date | : 1/2/2025 |
| **Total Due** | : **$1,447.85** |
| AFTER 2/1/2025 PAY $1,520.24 | |

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 563866 |
| BU ID | : *41-NoCal |
| Case No. | : 3:19-CV-07470-WHO |
| Case Name | : The Regents of the University of Michigan -v- Leica Microsystems Inc. |

# EXHIBIT C22

# I N V O I C E
1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 722518 | 1/2/2025 | 563866 |

| Job Date | Case No. | |
|---|---|---|
| 12/19/2024 | 3:19-CV-07470-WHO | |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
   Dr. Paula Montero Llopis - VIDEO

| | | | |
|---|---|---|---|
| Digital Video File(s) - First Set | 1.00 | Files | 225.00 |
| Synchronization | 2.00 | Hours | 100.00 |
| Video Upload/Archive | 1.00 | | 49.00 |

**TOTAL DUE  >>>**                                     **$374.00**
AFTER 2/1/2025  PAY                                    $392.70

Ordered by    : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
                Arnold & Porter (Palo Alto)
                3000 El Camino Real
                Five Palo Alto Square, Suite 500
                Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 722518
Invoice Date  : 1/2/2025
**Total Due**     : **$374.00**
AFTER 2/1/2025  PAY  $392.70

Remit To:  **Planet Depos, LLC
P.O. BOX 791571
Baltimore, MD 21279-1571**

Job No.     : 563866
BU ID       : *41-NoCal
Case No.    : 3:19-CV-07470-WHO
Case Name   : The Regents of the University of Michigan -
                v- Leica Microsystems Inc.

# EXHIBIT C23

# I N V O I C E

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 709559 | 11/7/2024 | 559039 |
| Job Date | Case No. | |
| 10/30/2024 | 3:19-CV-07470-WHO | |
| Client and Case Name | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Sarah Crowe, Ph.D., Individually and as Designated Representative | 297.00 | Pages | 2,643.30 |
| Realtime Over Internet | 234.00 | Pages | 585.00 |
| Rough ASCII | 234.00 | Pages | 456.30 |
| Exhibits | 206.00 | Pages | 113.30 |
| CD/USB/Video/Other Exhibits | 1.00 | | 50.00 |
| Load File (LEF | XMEF | PTZ | SBF) | 1.00 | Files | 175.00 |
| Planet Summary | 1.00 | | 95.00 |
| Processing Fee | 1.00 | | 49.00 |

|  | TOTAL DUE  >>> | **$4,166.90** |
|---|---|---|
| | AFTER 12/7/2024  PAY | $4,375.25 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**( - ) Payments/Credits:** 95.00

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

| | |
|---|---|
| Invoice No. | : 709559 |
| Invoice Date | : 11/7/2024 |
| **Total Due** | : **$4,071.90** |

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 559039 |
| BU ID | : *41-NoCal |
| Case No. | : 3:19-CV-07470-WHO |
| Case Name | : The Regents of the University of Michigan - v- Leica Microsystems Inc. |

# I N V O I C E

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 709559 | 11/7/2024 | 559039 |
| **Job Date** | **Case No.** | |
| 10/30/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

| | |
|---|---|
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$4,071.90** |

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

| | | |
|---|---|---|
| Invoice No. | : | 709559 |
| Invoice Date | : | 11/7/2024 |
| **Total Due** | : | **$4,071.90** |

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | | |
|---|---|---|
| Job No. | : | 559039 |
| BU ID | : | *41-NoCal |
| Case No. | : | 3:19-CV-07470-WHO |
| Case Name | : | The Regents of the University of Michigan -v- Leica Microsystems Inc. |

# EXHIBIT C24



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 709560 | 11/7/2024 | 559039 |

| Job Date | Case No. |
|---|---|
| 10/30/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
    Sarah Crowe, Ph.D., Individually and as Designated Representative -
    VIDEO

| | | | |
|---|---|---|---|
| Digital Video File(s) - First Set | 3.00 | Files | 675.00 |
| Synchronization | 7.00 | Hours | 350.00 |
| Video Upload/Archive | 1.00 | | 49.00 |
| | **TOTAL DUE >>>** | | **$1,074.00** |
| | AFTER 12/7/2024 PAY | | $1,127.70 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No. : 709560
Invoice Date : 11/7/2024
**Total Due** : **$1,074.00**
AFTER 12/7/2024 PAY  $1,127.70

Remit To: **Planet Depos, LLC
P.O. BOX 791571
Baltimore, MD 21279-1571**

Job No. : 559039
BU ID : *41-NoCal
Case No. : 3:19-CV-07470-WHO
Case Name : The Regents of the University of Michigan -
      v- Leica Microsystems Inc.

# EXHIBIT C25

# I N V O I C E

1 of 2



**Planet Depos**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714967 | 12/4/2024 | 560154 |

| Job Date | Case No. |
|---|---|
| 11/14/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Stefan Recknagel, Individually and as Designated Representative | 152.00 | Pages | 752.40 |
| Realtime Over Internet | 115.00 | Pages | 287.50 |
| Additional Realtime Hook-up fee | 115.00 | | 287.50 |
| Rough ASCII | 115.00 | Pages | 224.25 |
| Exhibits | 875.00 | Pages | 481.25 |
| Load File (LEF \| XMEF \| PTZ \| SBF) | 1.00 | Files | 175.00 |
| Processing Fee | 1.00 | | 49.00 |
| | **TOTAL DUE  >>>** | | **$2,256.90** |
| | AFTER 1/3/2025  PAY | | $2,369.75 |

Ordered by       : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.    : 714967
Invoice Date  : 12/4/2024
**Total Due**     : **$2,256.90**
AFTER 1/3/2025  PAY  $2,369.75

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.       : 560154
BU ID         : *41-NoCal
Case No.      : 3:19-CV-07470-WHO
Case Name  : The Regents of the University of Michigan -
v- Leica Microsystems Inc.

# I N V O I C E

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714967 | 12/4/2024 | 560154 |
| **Job Date** | **Case No.** | |
| 11/14/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.    : 714967
Invoice Date  : 12/4/2024
**Total Due**    : **$2,256.90**
AFTER 1/3/2025  PAY  $2,369.75

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.    : 560154
BU ID      : *41-NoCal
Case No.   : 3:19-CV-07470-WHO
Case Name  : The Regents of the University of Michigan -
             v- Leica Microsystems Inc.

# EXHIBIT C26

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714968 | 12/4/2024 | 560154 |
| **Job Date** | **Case No.** | |
| 11/14/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Stefan Recknagel, Individually and as Designated Representative - VIDEO

| | | | |
|---|---|---|---|
| Digital Video File(s) - First Set | 3.00 | Files | 675.00 |
| Synchronization | 6.50 | Hours | 325.00 |
| Shipping & Handling | 1.00 | | 55.00 |
| **TOTAL DUE  >>>** | | | **$1,055.00** |
| AFTER 1/3/2025  PAY | | | $1,107.75 |

Ordered by    : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.    : 714968
Invoice Date  : 12/4/2024
**Total Due**    : **$1,055.00**
AFTER 1/3/2025  PAY  $1,107.75

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.    : 560154
BU ID      : *41-NoCal
Case No.   : 3:19-CV-07470-WHO
Case Name  : The Regents of the University of Michigan -
v- Leica Microsystems Inc.

# EXHIBIT C27

# INVOICE

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 715126 | 12/4/2024 | 560155 |

| Job Date | Case No. |
|---|---|
| 11/15/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Stefan Recknagel, Individually and as Designated Representative, Volume 2 | 142.00 Pages | 702.90 |
| Realtime Over Internet | 101.00 Pages | 252.50 |
| Additional Realtime Hook-up fee | 101.00 | 252.50 |
| Rough ASCII | 101.00 Pages | 196.95 |
| Exhibits | 536.00 Pages | 294.80 |
| Load File (LEF | XMEF | PTZ | SBF) | 1.00 Files | 175.00 |
| Processing Fee | 1.00 | 49.00 |

**TOTAL DUE  >>>**                          **$1,923.65**
AFTER 1/3/2025 PAY                          $2,019.83

Ordered by     : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
                 Arnold & Porter (Palo Alto)
                 3000 El Camino Real
                 Five Palo Alto Square, Suite 500
                 Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 715126
Invoice Date : 12/4/2024
**Total Due**    : **$1,923.65**
AFTER 1/3/2025 PAY $2,019.83

Remit To:   **Planet Depos, LLC**
            **P.O. BOX 791571**
            **Baltimore, MD 21279-1571**

Job No.    : 560155
BU ID      : *41-NoCal
Case No.   : 3:19-CV-07470-WHO
Case Name  : The Regents of the University of Michigan -
             v- Leica Microsystems Inc.

# INVOICE

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 715126 | 12/4/2024 | 560155 |
| **Job Date** | **Case No.** | |
| 11/15/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 715126
Invoice Date  : 12/4/2024
**Total Due**     : **$1,923.65**
AFTER 1/3/2025  PAY  $2,019.83

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.      : 560155
BU ID        : *41-NoCal
Case No.     : 3:19-CV-07470-WHO
Case Name    : The Regents of the University of Michigan -
               v- Leica Microsystems Inc.

# EXHIBIT C28

# INVOICE

1 of 1



**Planet Depos**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 715127 | 12/4/2024 | 560155 |
| **Job Date** | **Case No.** | |
| 11/15/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
  Stefan Recknagel, Individually and as Designated Representative,
  Volume 2 - VIDEO

| | | |
|---|---|---|
| Digital Video File(s) - First Set | 3.00  Files | 675.00 |
| Synchronization | 7.00  Hours | 350.00 |
| Video Upload/Archive | 1.00 | 49.00 |
| **TOTAL DUE  >>>** | | **$1,074.00** |
| AFTER 1/3/2025  PAY | | $1,127.70 |

Ordered by      : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
                 Arnold & Porter (Palo Alto)
                 3000 El Camino Real
                 Five Palo Alto Square, Suite 500
                 Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 715127
Invoice Date  : 12/4/2024
**Total Due**    : **$1,074.00**
AFTER 1/3/2025  PAY  $1,127.70

Remit To:  **Planet Depos, LLC**
           **P.O. BOX 791571**
           **Baltimore, MD 21279-1571**

Job No.    : 560155
BU ID      : *41-NoCal
Case No.   : 3:19-CV-07470-WHO
Case Name  : The Regents of the University of Michigan -
             v- Leica Microsystems Inc.

# EXHIBIT C29

# INVOICE

1 of 2


**Planet Depos**
We Make It *Happen*™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714958 | 11/27/2024 | 560584 |

| Job Date | Case No. |
|---|---|
| 11/14/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Dr. Tanjef Szellas | 120.00 | Pages | 594.00 |
| Realtime Over Internet | 81.00 | Pages | 202.50 |
| Rough ASCII | 81.00 | Pages | 182.25 |
| Exhibits | 34.00 | Pages | 18.70 |
| CD/USB/Video/Other Exhibits | 1.00 | | 50.00 |
| Load File (LEF \| XMEF \| PTZ \| SBF) | 1.00 | Files | 175.00 |
| Processing Fee | 1.00 | | 49.00 |

**TOTAL DUE   >>>            $1,271.45**
AFTER 12/27/2024  PAY         $1,335.02

Ordered by      : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
                  Arnold & Porter (Palo Alto)
                  3000 El Camino Real
                  Five Palo Alto Square, Suite 500
                  Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 714958
Invoice Date  : 11/27/2024
**Total Due    : $1,271.45**
AFTER 12/27/2024  PAY  $1,335.02

Remit To:  **Planet Depos - International**
           **P.O. BOX 791571**
           **Baltimore, MD 21279-1571**

Job No.    : 560584
BU ID      : *70-EURO
Case No.   : 3:19-CV-07470-WHO
Case Name  : The Regents of the University of Michigan -
             v- Leica Microsystems Inc.

# INVOICE

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714958 | 11/27/2024 | 560584 |
| **Job Date** | **Case No.** | |
| 11/14/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 714958
Invoice Date  : 11/27/2024
**Total Due**     : **$1,271.45**
AFTER 12/27/2024  PAY  $1,335.02

Remit To: **Planet Depos - International**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.   : 560584
BU ID     : *70-EURO
Case No.  : 3:19-CV-07470-WHO
Case Name : The Regents of the University of Michigan -
            v- Leica Microsystems Inc.

# EXHIBIT C30

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714959 | 11/27/2024 | 560584 |
| **Job Date** | **Case No.** | |
| 11/14/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Dr. Tanjef Szellas - VIDEO

| | | |
|---|---|---|
| Digital Video File(s) - First Set | 3.00    Files | 675.00 |
| Synchronization | 5.00    Hours | 475.00 |
| Video Upload/Archive | 1.00 | 49.00 |
| **TOTAL DUE  >>>** | | **$1,199.00** |
| AFTER 12/27/2024  PAY | | $1,258.95 |

Ordered by    : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.    : 714959
Invoice Date   : 11/27/2024
**Total Due**    : **$1,199.00**
AFTER 12/27/2024  PAY  $1,258.95

Remit To:  **Planet Depos - International**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.      : 560584
BU ID        : *70-EURO
Case No.     : 3:19-CV-07470-WHO
Case Name    : The Regents of the University of Michigan -
v- Leica Microsystems Inc.

# EXHIBIT C31

# INVOICE

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 715123 | 11/27/2024 | 560585 |

| Job Date | Case No. |
|---|---|
| 11/15/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

---

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Dr. Tanjef Szellas, Volume 2 | 134.00 | Pages | 663.30 |
| Realtime Over Internet | 91.00 | Pages | 227.50 |
| Rough ASCII | 91.00 | Pages | 204.75 |
| Exhibits | 229.00 | Pages | 125.95 |
| CD/USB/Video/Other Exhibits | 1.00 | | 50.00 |
| Load File (LEF \| XMEF \| PTZ \| SBF) | 1.00 | Files | 175.00 |
| Processing Fee | 1.00 | | 49.00 |

**TOTAL DUE  >>>**                 **$1,495.50**
AFTER 12/27/2024  PAY           $1,570.28

Ordered by     : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
                Arnold & Porter (Palo Alto)
                3000 El Camino Real
                Five Palo Alto Square, Suite 500
                Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30

---

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

| | | |
|---|---|---|
| Invoice No. | : | 715123 |
| Invoice Date | : | 11/27/2024 |
| **Total Due** | : | **$1,495.50** |
| AFTER 12/27/2024  PAY | | $1,570.28 |

Remit To: **Planet Depos - International**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | | |
|---|---|---|
| Job No. | : | 560585 |
| BU ID | : | *70-EURO |
| Case No. | : | 3:19-CV-07470-WHO |
| Case Name | : | The Regents of the University of Michigan -v- Leica Microsystems Inc. |

# INVOICE

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 715123 | 11/27/2024 | 560585 |
| **Job Date** | **Case No.** | |
| 11/15/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

| | |
|---|---|
| Invoice No. | : 715123 |
| Invoice Date | : 11/27/2024 |
| **Total Due** | **: $1,495.50** |

AFTER 12/27/2024  PAY  $1,570.28

Remit To: **Planet Depos - International
P.O. BOX 791571
Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 560585 |
| BU ID | : *70-EURO |
| Case No. | : 3:19-CV-07470-WHO |
| Case Name | : The Regents of the University of Michigan - v- Leica Microsystems Inc. |

# EXHIBIT C32

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 715124 | 11/27/2024 | 560585 |

| Job Date | Case No. |
|---|---|
| 11/15/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Dr. Tanjef Szellas, Volume 2 - VIDEO

| | | | |
|---|---|---|---|
| Digital Video File(s) - First Set | 3.00 | Files | 675.00 |
| Synchronization | 5.50 | Hours | 522.50 |
| Video Upload/Archive | 1.00 | | 49.00 |
| **TOTAL DUE  >>>** | | | **$1,246.50** |
| AFTER 12/27/2024  PAY | | | $1,308.83 |

Ordered by   : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 715124
Invoice Date  : 11/27/2024
**Total Due**   : **$1,246.50**
AFTER 12/27/2024  PAY  $1,308.83

Remit To:  **Planet Depos - International**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.     : 560585
BU ID       : *70-EURO
Case No.    : 3:19-CV-07470-WHO
Case Name   : The Regents of the University of Michigan -
v- Leica Microsystems Inc.

# EXHIBIT C33

# INVOICE
1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714222 | 11/26/2024 | 560582 |

| Job Date | Case No. |
|---|---|
| 11/12/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Timo Karafiat | 118.00 | Pages | 584.10 |
| Realtime Over Internet | 85.00 | Pages | 212.50 |
| Rough ASCII | 85.00 | Pages | 191.25 |
| Exhibits | 12.00 | Pages | 6.60 |
| CD/USB/Video/Other Exhibits | 1.00 | | 50.00 |
| Load File (LEF \| XMEF \| PTZ \| SBF) | 1.00 | Files | 175.00 |
| Planet Summary | 1.00 | | 95.00 |
| Processing Fee | 1.00 | | 49.00 |

TOTAL DUE   >>>            **$1,363.45**
AFTER 12/26/2024  PAY         $1,431.62

Ordered by    : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 714222
Invoice Date  : 11/26/2024
**Total Due**    : **$1,268.45**

Remit To:  **Planet Depos - International**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.    : 560582
BU ID      : *70-EURO
Case No.   : 3:19-CV-07470-WHO
Case Name  : The Regents of the University of Michigan -
v- Leica Microsystems Inc.

# INVOICE

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714222 | 11/26/2024 | 560582 |
| **Job Date** | **Case No.** | |
| 11/12/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

| | |
|---|---|
| **(-) Payments/Credits:** | 95.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,268.45** |

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

| | | |
|---|---|---|
| Invoice No. | : | 714222 |
| Invoice Date | : | 11/26/2024 |
| **Total Due** | : | **$1,268.45** |

Remit To: **Planet Depos - International**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | | |
|---|---|---|
| Job No. | : | 560582 |
| BU ID | : | *70-EURO |
| Case No. | : | 3:19-CV-07470-WHO |
| Case Name | : | The Regents of the University of Michigan -v- Leica Microsystems Inc. |

# EXHIBIT C34

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714223 | 11/26/2024 | 560582 |

| Job Date | Case No. |
|---|---|
| 11/12/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Timo Karafiat - VIDEO

| | | |
|---|---|---|
| Digital Video File(s) - First Set | 3.00 Files | 675.00 |
| Synchronization | 5.00 Hours | 475.00 |
| Video Upload/Archive | 1.00 | 49.00 |
| **TOTAL DUE  >>>** | | **$1,199.00** |
| AFTER 12/26/2024  PAY | | $1,258.95 |

Ordered by  : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 714223
Invoice Date  : 11/26/2024
**Total Due**   : **$1,199.00**
AFTER 12/26/2024  PAY  $1,258.95

Remit To:  **Planet Depos - International**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.    : 560582
BU ID      : *70-EURO
Case No.   : 3:19-CV-07470-WHO
Case Name  : The Regents of the University of Michigan -
v- Leica Microsystems Inc.

# EXHIBIT C35

# INVOICE

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714607 | 11/27/2024 | 560583 |

| Job Date | Case No. |
|---|---|
| 11/13/2024 | 3:19-CV-07470-WHO |

| Client and Case Name |
|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Timo Karafiat, Volume 2 | 112.00 | Pages | 554.40 |
| Realtime Over Internet | 76.00 | Pages | 190.00 |
| Rough ASCII | 76.00 | Pages | 171.00 |
| Exhibits | 55.00 | Pages | 30.25 |
| CD/USB/Video/Other Exhibits | 1.00 | | 50.00 |
| Load File (LEF \| XMEF \| PTZ \| SBF) | 1.00 | Files | 175.00 |
| Processing Fee | 1.00 | | 49.00 |

**TOTAL DUE >>>**      **$1,219.65**
AFTER 12/27/2024 PAY      $1,280.63

Ordered by    : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
       Arnold & Porter (Palo Alto)
       3000 El Camino Real
       Five Palo Alto Square, Suite 500
       Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 714607
Invoice Date   : 11/27/2024
**Total Due**   : **$1,219.65**
AFTER 12/27/2024 PAY   $1,280.63

Remit To:   **Planet Depos - International**
           **P.O. BOX 791571**
           **Baltimore, MD 21279-1571**

Job No.   : 560583
BU ID   : *70-EURO
Case No.   : 3:19-CV-07470-WHO
Case Name   : The Regents of the University of Michigan - v- Leica Microsystems Inc.

# INVOICE

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714607 | 11/27/2024 | 560583 |
| **Job Date** | **Case No.** | |
| 11/13/2024 | 3:19-CV-07470-WHO | |
| **Client and Case Name** | | |
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Invoice No.   : 714607
Invoice Date  : 11/27/2024
**Total Due**   : **$1,219.65**
AFTER 12/27/2024  PAY  $1,280.63

Remit To:  **Planet Depos - International**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.   : 560583
BU ID     : *70-EURO
Case No.  : 3:19-CV-07470-WHO
Case Name : The Regents of the University of Michigan -
v- Leica Microsystems Inc.

# EXHIBIT C36

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 714608 | 11/27/2024 | 560583 |

| Job Date | Case No. | |
|---|---|---|
| 11/13/2024 | 3:19-CV-07470-WHO | |

| Client and Case Name | | |
|---|---|---|
| Arnold & Porter (Palo Alto) - The Regents of the University of Michigan -v- Leica Microsystems Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Client:
Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Timo Karafiat, Volume 2 - VIDEO

| | | | |
|---|---|---|---|
| Digital Video File(s) - First Set | 3.00 | Files | 675.00 |
| Synchronization | 5.50 | Hours | 522.50 |
| Video Upload/Archive | 1.00 | | 49.00 |
| **TOTAL DUE  >>>** | | | **$1,246.50** |
| AFTER 12/27/2024  PAY | | | $1,308.83 |

Ordered by    : THE REGENTS -v- LEICA (Arnold & Porter (Palo Alto))
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Carson Anderson, Esquire
Arnold & Porter (Palo Alto)
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807

| Invoice No. | : 714608 |
|---|---|
| Invoice Date | : 11/27/2024 |
| **Total Due** | : **$1,246.50** |
| AFTER 12/27/2024  PAY  $1,308.83 | |

Remit To:  **Planet Depos - International**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| Job No. | : 560583 |
|---|---|
| BU ID | : *70-EURO |
| Case No. | : 3:19-CV-07470-WHO |
| Case Name | : The Regents of the University of Michigan -v- Leica Microsystems Inc. |