# EXHIBITS
# F1 – F4

# EXHIBIT F1



# Invoice

#20097277

**Arnold & Porter**
Sherri Mills
Five Palo Alto Square, Suite 500
3000 El Camino Real
Palo Alto CA 94306
United States

| Service Date |
|---|
| 11/14/2024 |

| Case Caption | Witness | Terms | Invoice Date | Due Date | Tax ID # |
|---|---|---|---|---|---|
| University of Michigan v. Leica | Stefan Recknagel | Net 30 | 11/27/2024 | 12/27/2024 | 31-1763752 |

| Description | Amount |
|---|---|
| Interpreter | $2,000.00 |

| | |
|---|---|
| **Subtotal** | $2,000.00 |
| **Payments/Credits** | $0.00 |
| **Amount Due** | $2,000.00 |

Thank you for choosing DEG!

We accept Credit Card payments and do not charge any processing fees. Contact ACCT@DEGLIT.COM to pay with a credit card. If you have any questions or concerns please call 202-494-0625

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.deglit.com.
_____

**Tax ID:** 31-1763752

**Remit to:** Digital Evidence Group C/O
Huseby Global Litigation
P.O. Box 6180
Hermitage, PA 16148-0922


20097277

1 of 1

# EXHIBIT F2

# Invoice

#20097278



**Arnold & Porter**
Sherri Mills
Five Palo Alto Square, Suite 500
3000 El Camino Real
Palo Alto CA 94306
United States

| Service Date |
|---|
| 11/15/2024 |

| Case Caption | Witness | Terms | Invoice Date | Due Date | Tax ID # |
|---|---|---|---|---|---|
| University of Michigan v. Leica | Stefan Recknagel | Net 30 | 11/27/2024 | 12/27/2024 | 31-1763752 |

| Description | Amount |
|---|---|
| Interpreter | $2,000.00 |
| **Subtotal** | $2,000.00 |
| **Payments/Credits** | $0.00 |
| **Amount Due** | $2,000.00 |

Thank you for choosing DEG!

We accept Credit Card payments and do not charge any processing fees. Contact ACCT@DEGLIT.COM to pay with a credit card. If you have any questions or concerns please call 202-494-0625

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.deglit.com.

_____

**Tax ID:** 31-1763752

**Remit to:** Digital Evidence Group C/O
Huseby Global Litigation
P.O. Box 6180
Hermitage, PA 16148-0922


20097278

1 of 1

# EXHIBIT F3



**4sprachen.de**
**Dipl.-Dolmetscherin & Fachübersetzerin Cindy Schönfeld**
**Deutsch - Englisch - Portugiesisch - Spanisch**
**Für Englisch und Spanisch öffentlich bestellt und allgemein vereidigt**

Mobiltel.: 01578/3028830
schoenfeld@4sprachen.de

Leica Microsystems GmbH
Ernst-Leitz-Str. 17-37

Langgasse 22
65510 Idstein

D-35578 Wetzlar

Idstein, den 20.11.2024
**USt-IdNr.: DE288184110**
**Rg.-Nr. K-2186/24**

**Rechnung**

| | |
|---|---|
| Leistung: | Check-Interpreting, Konsekutivdolmetschen Deutsch / Englisch |
| Veranstaltung: | Deposition |
| Fachgebiet: | Patentrecht, Lasertechnik |
| Zeiten: | 11.11.: 9h-17h, 12.11.: 14h-19h, 13.11.: 9h-17h, 14.11.: 14h-19h |
| Ort: | virtuell via *Zoom* |

Sehr geehrter Herr Recknagel,
sehr geehrte Damen und Herren,

für o.g. Dolmetscheinsatz erlaube ich mir, folgende Positionen in Rechnung zu stellen:

| | |
|---|---|
| 4 x Dolmetschpauschale à 1.000,00 € | 4.000,00 € |
| 1 x Vorbereitungstag à 800,00 € | 800,00 € |
| Zwischensumme | 4.800,00 € |
| 19 % MwSt | 912,00 € |
| **Endsumme** | **5.712,00 €** |

Bitte überweisen Sie den Betrag innerhalb von zwei Wochen, mithin bis zum 04.12.2024, auf mein Konto bei der:

[redacted]

Vielen Dank für das Vertrauen und die Zusammenarbeit.

Beste Grüße

*Cindy Schönfeld*

# EXHIBIT F4

20.11.2024

*Jochen Dehmel BDÜ DPSI (Law)*
*USt.-Id.: DE338733479*
*Büchelstraße 12*
*53227 Bonn*
*Tel.: +49 / (0)228 / 96 39 49 16*
*E-Mail: germantrans@compuserve.com*

An
Leica Microsystems GmbH
Ernst-Leitz-Straße 17-37
**35578 Wetzlar (Germany)**

# RECHNUNG

Für meine Bemühungen:   Dolmetschen (Check) **Depositions University of Michigan vs. Leica online**
                            Ihr Zeichen:        Stefan Recknagel, Philip Marsh
                            Ihre USt.-Id.:       DE112620703
                            Meine Rechnungsnummer:    28_2024_Leica_11-15112024
                            Meine USt.-Id.:      DE338733479

| **Datum** | **Posten** | **Betrag pro Einheit** | **Fälliger Betrag** |
|---|---|---|---|
| 12.-15.11.2024 | Dolmetschen (Check) Depositions online | 1.000,00 € | 4.000,00 € |
| 11.11.2024 | Vorbereitung pauschal | 800,00 € | 800,00 € |

Honorar-Zwischensumme:    **4.800,00 € (netto)**

Umsatzsteuer 19% = **912,00 €**:    **5.712,00 € (brutto)**

| **Fälliger Gesamtbetrag (inkl. USt.)** | **5.712,00 € (brutto)** |
|---|---|

erlaube ich mir, den Betrag von **5.712,00** (inklusive USt.) zu berechnen.

Der Rechnungsbetrag ist bis zum **18.12.2024** zu begleichen.

**Bankverbindung**:
Jochen Dehmel
Sparkasse Köln/Bonn (Germany)
[redacted]
[redacted]

Ich danke Ihnen sehr für Ihren Auftrag und hoffe, Ihnen auch in Zukunft zur Verfügung stehen zu können.