Philip W. Marsh (SBN 276383)
Philip.Marsh@arnoldporter.com
Carson Dean Anderson (SBN 317308)
Carson.Anderson@arnoldporter.com
Zachary A. Nemirovsky (SBN 346751)
Zachary.Nemirovsky@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Matthew M. Wolf (*pro hac vice*)
Matthew.Wolf@arnoldporter.com
Amy DeWitt (*pro hac vice*)
Amy.DeWitt@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Estayvaine Bragg (SBN 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

*Attorneys for Defendant*,
LEICA MICROSYSTEMS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN, a Michigan constitutional corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEICA MICROSYSTEMS INC.,<br><br>Defendant. | Case No. 3:19-cv-07470-WHO<br><br>**DECLARATION OF MAGGIE BURTOFT IN SUPPORT OF LEICA'S BILL OF COSTS** |

I, Maggie Burtoft, hereby declare as follows:

1. I am a Principal at Control Risks Group LLC ("Control Risks"), a consulting firm that provides litigation support eDiscovery services, among other offerings. I was the ultimate manager for all eDiscovery and document production related services that Control Risks provided to Leica Microsystems Inc. ("Leica") in the present case. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I have reviewed the services that Control Risks provided to Leica in the present case, as well as the payments Leica made to Control Risks for those services. Since being retained by Leica for this case, Control Risks has billed Leica a total of $247,354.96 relating to ESI workspace hosting, workspace user access, data processing, productions relating to documents collected, reviewed, and produced by Leica to The Regents Of The University Of Michigan ("Michigan"), and processing productions received by Leica from Michigan and third parties.

3. I understand and have been informed that Leica may not claim costs for certain services Control Risks provided to Leica, including hosting fees, data processing costs associated with documents that were not ultimately produced, and other services that are not included in the accounting below. I also understand that Leica may not claim costs associated with the intellectual effort involved with data processing and document productions, and such costs have not been included in the accounting below.

4. The invoices that Control Risks provides to Leica do not categorize costs according to the specific categories that Leica seeks to recover. Consequently, I cannot provide historical invoices that break out the costs as provided below, but I have worked with my team at Control Risks to provide these numbers based on our own internal tracking systems. The costs provided below are limited to the categories of costs that I am informed Leica seeks to recover.

5. The following table summarizes the services and corresponding costs that have been billed to Leica that I have been informed Leica seeks to recover:

| Category | Cost |
| --- | --- |
| Data Processing | $15,752.75 |
| Productions | $13,000.00 |
| Total: | $28,752.75 |

-1-

BURTOFT DECL. ISO LEICA'S BILL OF COSTS   Case No. 3:19-cv-07470-WHO

6.      As explained in more detail below, these categories comprise the electronic steps that would correspond to making physical copies of documents and providing them to Michigan. Instead of receiving paper documents, processing them, copying them and sending boxes to Michigan, we receive electronic files from Leica, process them and duplicate them by converting them into TIFF images and load files that are electronically transferred.  The following tables provide a further breakdown for each of the categories identified above.

**Data Processing**

7.      This category constitutes processing native files received from Leica by removing duplicate items, capturing the associated metadata, and generating a reviewable output.  This allows attorneys to separately review the documents to determine what should be produced and is a necessary step in the process of preparing TIFF images and load files for production to Michigan.

8.      I understand that Leica is only seeking costs for data processing expenses associated with documents that were ultimately produced to Michigan.  While Control Risks received more than a terabyte of data from Leica for ingestion throughout the course of this case (1,131.59 GB), only 242.35 GB of that data was ultimately produced to Michigan.  Accordingly, the chart below only includes data processing costs associated with documents that were actually produced to Michigan.  Additionally, because the raw data that is collected from Leica undergoes numerous processing steps during ingestion and production, the ingested data volume of 242.35 GB is not equal to the data volume of the load files, TIFF images, and native documents that were delivered to Michigan as production volumes.

| Volume Of Produced Data Processed | Price Per GB | Amount |
|---|---|---|
| 242.35 GB | $65.00 | $15,752.75 |
| | Total: | $15,752.75 |

**Productions**

9.      This category includes converting the native files that have been identified for production into a static format (TIFF images) that can be included in productions.  It further includes Bates stamping these TIFF images, creating slip-sheets for files to be produced in native format, and creating load files.  This category necessarily only relates to documents that were

actually produced to Michigan, since these steps are not performed on documents that are ingested but not ultimately produced.

10. Control Risks does not bill Leica on a per GB or per page basis for the production costs in this category, but instead bills Leica hourly for the machine time that is required to perform the above described tasks, including for the more than 50 production volumes that Control Risks processed for Leica, including more than 90,000 documents comprising more than 475,000 TIFF images.

| Total Hours Of Machine Processing Time | Price Per Hour | Amount |
|---|---|---|
| 52.0 | $250.00 | $13,000.00 |
| | Total: | $13,000.00 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 27, 2025, in Los Angeles, CA.

                 /s/    Maggie Burtoft
                 Maggie Burtoft

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: January 27, 2025                By: /s/ Carson D. Anderson
                                                            Carson D. Anderson