Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
David Alberti (SBN 220265)
dalberti@krameralberti.com
Sal Lim (SBN 211836)
slim@krameralberti.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@krameralberti.com
James P. Barabas (pro hac vice)
jbarabas@krameralberti.com
Curt Holbreich (SBN 168053)
cholbreich@krameralberti.com
Rick Chang (SBN 209515)
rchang@krameralberti.com
Aidan M. Brewster (SBN 319691)
abrewster@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Tel: 650.825.4300
Fax: 650.460.8443

Nicole Glauser (pro hac vice)
Texas Bar No. 24050694
nglauser@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
500 W 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (737) 256-7784
Facsimile: (650) 460-8443

*Attorneys for Plaintiff*
The Regents of the University of Michigan

Philip W. Marsh (SBN 276383)
Philip.Marsh@arnoldporter.com
Carson Dean Anderson (SBN 317308)
Carson.Anderson@arnoldporter.com
Zachary A. Nemirovsky (SBN 346751)
Zachary.Nemirovsky@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Matthew M. Wolf (*pro hac vice*)
Matthew.Wolf@arnoldporter.com
Amy DeWitt (*pro hac vice*)
Amy.Dewitt@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Estayvaine Bragg (SBN 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

*Attorneys for Defendant,*
Leica Microsystems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF MICHIGAN, a Michigan constitutional corporation,<br><br>Plaintiff,<br>v.<br><br>LEICA MICROSYSTEMS INC.,<br><br>Defendant. | Case No. 3:19-cv-07470-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S BILL OF COSTS** |

1

STIPULATION REGARDING BILL OF COSTS - 3:19-CV-7470-WHO

Plaintiff The Regents of the University of Michigan ("Plaintiff" or "U-M") and Defendant Leica Microsystems Inc. ("Defendant" or "Leica") (collectively the "Parties") respectfully submit this joint stipulation regarding Defendants' January 28, 2025 Bill of Costs (Dkt. 198).

On January14, 2025, the Court entered judgment on Defendant's Motion to Dismiss and Motion for Summary Judgment in favor of Defendants (Dkt. 194).

On January 28, 2025, Defendant filed its Bill of Costs (Dkt. 198) in the amount of $74,911.35.

Counsel for the Parties met and conferred by telephone on February 7, 2025 and February 10, 2025. As a result of those efforts, the Parties have now reached agreement on and stipulate to a total of $55,000.00.

Accordingly, the Parties hereby stipulate and request that the Court grant Defendants' Bill of Costs in the amount of $55,000.00

**IT IS SO STIPULATED**, through Counsel of Record.

February 11, 2025

**KRAMER ALBERTI LIM & TONKOVICH LLP**

/s/ *Robert F. Kramer*
Robert F. Kramer

*Attorneys for Plaintiff*
The Regents of the University of Michigan

**ARNOLD & PORTER KAYE SCHOLER LLP**

*/s/ Philip W. Marsh*
Philip W. Marsh

*Attorneys for Defendant*
Leica Microsystems Inc.

### SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

/s/ *Robert Kramer*

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The foregoing Stipulation is approved. The Court hereby orders as follows: |
| 3 | |
| 4 | 1. Costs are taxed in the amount of $55,000.00 and included in the judgment. |

**IT IS SO ORDERED.**

Dated: February 11, 2025

_____
Hon. William H. Orrick
UNITED STATES DISTRICT JUDGE